1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA, <br><br> Defendants. | Case No. 3:22-CV-01559-LB <br><br> [~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY** <br><br> Action Filed: March 11, 2022 <br> Trial Date: None |

Plaintiffs John Doe 1, John Doe 2, and John Doe 3 ("Plaintiffs"), individually and on behalf of themselves and all others similarly situated, filed a Motion to Proceed Anonymously.

Having considered the Motion and all other relevant materials, and good cause appearing therefore,

IT IS HEREBY ORDERED that the relief sought by the Motion is granted: Plaintiffs John Doe 1, John Doe 2, and John Doe 3 shall proceed anonymously.

Dated: ___March 21___, 2022

_____
HONORABLE LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE