CAROLYN HOECKER LUEDTKE (State Bar No. 207976)
Carolyn.Luedtke@mto.com
Munger, Tolles & Olson LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

HAILYN J. CHEN (State Bar No. 237436)
Hailyn.Chen@mto.com
ARIEL TESHUVA (State Bar No. 324238)
Ariel.Teshuva@mto.com
APRIL YOUPEE-ROLL (State Bar No. 331761)
April.Youpee-Roll@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant The National Collegiate
Athletic Association

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, and JOHN DOE 3, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**STIPULATION REGARDING DEFENDANT THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S DEADLINE TO RESPOND TO FORTHCOMING FIRST AMENDED COMPLAINT**<br><br>Judge:  Hon. Magistrate Laurel Beeler<br><br>Trial Date:  None Set |

Plaintiffs John Doe 1, John Doe 2, and John Doe 3 (hereinafter "Plaintiffs") and Defendant The National Collegiate Athletic Association's ("NCAA") (together, the "Stipulating Parties") hereby stipulate as follows:

## STIPULATION

WHEREAS, on March 11, 2022, Plaintiffs filed the original Complaint in this action;

WHEREAS, Plaintiffs served the NCAA on March 22, 2022, and the NCAA's current response deadline is therefore April 12, 2022;

WHEREAS, Plaintiffs intend to file a First Amended Complaint in this action;

WHEREAS, Defendant the NCAA has recently retained counsel and requires more time to assess the allegations in the Complaint and the forthcoming First Amended Complaint;

WHEREAS, no extension has been previously requested by any party, and the proposed schedule will not impact any motion deadline previously set by the Court;

WHEREAS, the NCAA agrees that the undersigned counsel may accept service of the First Amended Complaint, but reserves and does not waive any defenses or objections to the lawsuit, including objections to the court's jurisdiction and venue;

THEREFORE, the Stipulating Parties hereby stipulate as follows: The NCAA's obligation to respond to the Complaint is excused since that Complaint will be superseded. The NCAA shall answer or otherwise respond to the First Amended Complaint, within 30 days of its filing and service on the NCAA.

IT IS SO STIPULATED.

DATED: April 12, 2022                                MUNGER, TOLLES & OLSON LLP

                                         By:     /s/Carolyn Hoecker Luedtke
                                                CAROLYN HOECKER LUEDTKE
                                         Attorneys for Defendant The National Collegiate Athletic Association

1  DATED: April 12, 2022                    FEGAN SCOTT LLC

2

3
                                            By:    */s/Lynn A. Ellenberger*
4                                                  LYNN A. ELLENBERGER

5                                           Attorneys for Plaintiffs

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Carolyn Hoecker Luedtke, attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

DATED: April 12, 2022          MUNGER, TOLLES & OLSON LLP


By: _____/s/Carolyn Hoecker Luedtke_____
    CAROLYN HOECKER LUEDTKE

Attorneys for Defendant The National Collegiate Athletic Association