UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A judicial referral for the purpose of determining whether the following cases are related within the meaning of Civil L.R. 3-12 has been filed:

Case No. 22-cv-01559-LB
*Doe 1 v. National Collegiate Athletic Association*

Case No. 25-cv-05311-TLT
*Doe 15 v. University of San Francisco*

ORDER

The time for filing a statement to support or oppose the Notice has passed. One the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

[ ]  ARE NOT RELATED as defined by Civil L.R. 3-12.

[X]  ARE RELATED as defined by Civil L.R. 3-12. I find, however, that reassignment to me of the action(s) currently assigned to another judge is not warranted.

[ ]  ARE RELATED as defined by Civil L.R. 3-12. The Clerk of the Court is ordered to reassign the later-filed action to the undersigned. Counsel are instructed that all future filings are to bear the initials immediately after the case number. All matters presently scheduled for hearing in the reassigned case(s) are vacated and must be renoticed for hearing before the undersigned.

Dated: August 5, 2025

By: _____
Laurel Beeler
United States Magistrate Judge

1