UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**STIPULATION REGARDING DEFENDANTS' DEADLINE TO RESPOND TO FIRST AMENDED CLASS ACTION COMPLAINT, SCHEDULE FOR BRIEFING MOTIONS TO DISMISS, AND PAGE LIMITS FOR NCAA'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION BRIEF**<br><br>*[Declaration of Carolyn Hoecker Luedtke Filed Concurrently Herewith]*<br><br>Judge: Hon. Magistrate Laurel Beeler<br><br>Trial Date: None Set |

Case No. 3:22-cv-01559-LB

STIP RE: DEFS.' DEADLINE TO RESPOND TO FAC, SCHEDULE FOR BRIEFING MOTIONS TO DISMISS, AND PAGE LIMITS FOR NCAA'S MOTION TO DISMISS AND PLAINTIFFS' OPPOSITION BRIEF

Pursuant to Civ. L.R. 6-2 and 7-12, Plaintiffs John Does 1 through 12 ("Plaintiffs") and Defendants National Collegiate Athletic Association ("NCAA"), the University of San Francisco ("USF"), Anthony N. Giarratano, and Troy Nakamura (collectively, "Defendants," and together with Plaintiffs, the "Parties") hereby stipulate as follows:

## STIPULATION

WHEREAS, on July 15, 2022, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in this action;

WHEREAS, pursuant to stipulations between Plaintiffs and the NCAA, USF, and Mr. Giarratano, Defendants' current deadline to respond to the FAC is August 15, 2022, *see* Dkts. 23, 28, 34; Dkt. 46 (noting that USF "has until 8/15/2022 to appear and file its responsive pleading");

WHEREAS, on July 25, 2022, the NCAA filed an administrative motion, in which Mr. Giarratano joined, requesting phased briefing on the NCAA's forthcoming motion to dismiss under Fed. R. Civ. P. 12; requesting in the alternative leave to file oversized briefs in support of that motion; and requesting to set a longer schedule for briefing all motions to dismiss filed by any party, *see* Dkts. 43, 45;

WHEREAS, on July 29, 2022, the Court denied the NCAA's request for phased briefing but noted that the "parties agree that extra pages beyond the standard twenty-five pages are in order" and directed the parties "to confer and agree to reasonable excess pages and to submit a joint stipulation (or at least, a joint statement that reflects their positions) within a week if possible," Dkt. 46;

WHEREAS the Parties agree that they would benefit from additional time to fully brief the issues to be addressed in connection with Defendants' forthcoming motions to dismiss, *see* Luedtke Decl. ¶ 5;

WHEREAS the Parties' agreed-upon briefing schedule will not impact any motion deadline previously set by the Court and, to the extent it has any effect on the schedule set by this Court for this matter, would affect only the initial case-management conference currently set for September 29, 2022, and the September 22, 2022 deadline for the parties to submit a case-management statement, *see* Dkt. 36; Luedtke Decl. ¶ 7; and

WHEREAS Plaintiffs and the NCAA agree that, given the legal issues to be addressed in connection with the NCAA's motion, including personal jurisdiction and venue as well as arguments specific to the twenty different causes of action asserted against the NCAA, the NCAA and Plaintiffs would benefit from, and should have, additional pages for their respective briefing on the NCAA's motion, *see* Luedtke Decl. ¶ 6,

THEREFORE, the Parties hereby stipulate and agree as follows:

1. Defendants shall answer or otherwise respond to the FAC no later than September 12, 2022 (forty-five days from the Court's denial of the NCAA's July 25, 2022 administrative motion, *see* Dkt. 46);

2. In the event any Defendant files a motion to dismiss, Plaintiffs' opposition to all such motions will be due no later than October 27, 2022 (forty-five days from Defendants' deadline to respond to the FAC). Any replies in support of any such motions will be due no later than November 11, 2022 (fifteen days from Plaintiffs' opposition being filed).

3. The NCAA shall have leave to file an opening brief in support of its motion to dismiss of no more than forty pages.

4. Plaintiffs shall have leave to file a brief in opposition to the NCAA's motion to dismiss of no more than forty pages.

5. The NCAA shall have leave to file a reply brief in support of its motion to dismiss of no more than twenty pages.

SO STIPULATED.

1  DATED: August 5, 2022            Respectfully submitted,

2                                    MUNGER, TOLLES & OLSON LLP

3

4                                    By:    /s/ Carolyn Hoecker Luedtke
5                                           CAROLYN HOECKER LUEDTKE

6                                    CAROLYN HOECKER LUEDTKE
                                     Carolyn.Luedtke@mto.com
7                                    MUNGER, TOLLES & OLSON LLP
                                     560 Mission Street, Twenty-Seventh Floor
8                                    San Francisco, CA 94105-2907
                                     Telephone: (415) 512-4000
9                                    Facsimile: (415) 512-4077

10                                   Attorneys for Defendant The National Collegiate Athletic
                                     Association
11

12 DATED: August 5, 2022             FEGAN SCOTT LLC

13

14

15                                   By:    /s/ Lynn A. Ellenberger
                                            LYNN A. ELLENBERGER
16
                                     LYNN A. ELLENBERGER (admitted *pro hac vice*)
17                                   lynn@feganscott.com
                                     FEGAN SCOTT LLC
18                                   500 Grant Street, Suite 2900
                                     Pittsburgh, PA 15219
19                                   Telephone: (412) 346-4104
                                     Facsimile: (312) 264-0100
20
                                     Attorneys for Plaintiffs and the Proposed Classes
21

22

23

24

25

26

27

28

DATED: August 5, 2022                    RAPKIN & ASSOCIATES, LLP


By: _____/s/ Scott Rapkin_____
       SCOTT RAPKIN

SCOTT RAPKIN
scottrapkin@rapkinesq.com
RAPKIN & ASSOCIATES, LLP
475 Washington Blvd.
Marina del Rey, CA 90292
Telephone: (310) 319-5465
Facsimile: (310) 306-1339

Attorneys for Defendant Troy Nakamura

DATED: August 5, 2022                    FUTTERMAN DUPREE DODD CROLEY MAIER LLP


By: _____/s/ Daniel A. Croley_____
       DANIEL A. CROLEY

DANIEL A. CROLEY
dcroley@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery St., Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

Attorneys for Defendant Anthony N. Giarratano

DATED: August 5, 2022          STEPTOE & JOHNSON LLP


By:     */s/ Jonathan Baum*
        JONATHAN BAUM

JONATHAN BAUM
jbaum@steptoe.com
STEPTOE & JOHNSON LLP
One Market Plaza | Spear Tower, Suite 3900
San Francisco, California 94105
Telephone: (415) 365-6748
Facsimile: (415) 365-6699

Attorneys for Defendant the University of San Francisco

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August ____, 2022


_____
The Hon. Laurel Beeler

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Carolyn Hoecker Luedtke, attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

DATED: August 5, 2022                      MUNGER, TOLLES & OLSON LLP


By:     */s/ Carolyn Hoecker Luedtke*
        CAROLYN HOECKER LUEDTKE

Attorneys for Defendant The National Collegiate Athletic Association