JONATHAN SELBIN (Cal. Bar No. 170222)
jselbin@lchb.com
MICHELLE LAMY (Cal. Bar No. 308174)
mlamy@lchb.com
NIGAR A. SHAIKH (Cal. Bar No. 343554)
nshaikh@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

ELIZABETH A. FEGAN (admitted *pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

LYNN A. ELLENBERGER (admitted *pro hac vice*)
lynn@feganscott.com
FEGAN SCOTT LLC
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (312) 264-0100

*Attorneys for Plaintiffs and the Proposed Classes*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants | Case No. 3:22-CV-01559-LB<br><br>**NOTICE RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO PROCEED ANONYMOUSLY** |

TO THE COURT, DEFENDANTS, AND ATTORNEYS OF RECORD:

Plaintiffs hereby request a hearing on their administrative motion, made pursuant to Local Rule 7-11, for Plaintiffs John Does 4 through 12 to proceed in this case anonymously.  ECF No. 53.  Though the Court previously granted this request as to John Does 1, 2, and 3, ECF No. 14, Defendant University of San Francisco ("USF") has now opposed this motion, ECF No. 55, and Defendants Anthony N. Giarratano and Troy Nakamura (the "Coach Defendants") have now withdrawn their prior stipulations to the motion, ECF Nos. 56, 57.  Given the serious nature of these issues, and to the extent the Court is inclined to credit any of the arguments raised in USF's opposition, then Plaintiffs respectfully request an opportunity to respond to those arguments in a brief reply brief and/or at a hearing on the administrative motion.  Plaintiffs' counsel can be available for a hearing at the Court's convenience.

Separately, Plaintiffs intend to file a motion for a protective order to address their serious concerns that the Coach Defendants intend to broadly disseminate the true identities of the Plaintiffs.  *See* ECF Nos. 56, 57.  *See also, e.g.*, *J.C. v. Choice Hotels Int'l, Inc.*, No. 20-cv-155-WHO, 2021 WL 1146406 (N.D. Cal. March 4, 2021) (granting plaintiff's motion to proceed under a pseudonym, and granting motion for protective order requiring witnesses to sign an agreement that the plaintiff's identity will be protected and not disseminated before defendants are permitted to disclose the plaintiff's identity).

Dated: August 24, 2022

Respectfully submitted,

By: */s/ Jonathan Selbin*

Jonathan Selbin (Cal. Bar No. 170222)
jselbin@lchb.com
Michelle Lamy (Cal. Bar No. 308174)
mlamy@lchb.com
Nigar A. Shaikh (Cal. Bar No. 343554)
nshaikh@lchb.com
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Elizabeth A. Fegan (admitted *pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

Lynn A. Ellenberger (admitted *pro hac vice*)
lynn@feganscott.com
FEGAN SCOTT LLC
500 Grant Street, Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (312) 264-0100

*Attorneys for Plaintiffs and the Proposed Classes*

NOTICE RE: ADMIN  MOTION TO
PROCEED ANONYMOUSLY
CASE NO. 3:22-CV-01559-LB

2455632.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receives CM/ECF notification.


DATED: August 24, 2022          */s/ Jonathan Selbin*
                                                 Jonathan Selbin

                                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2455632.2

NOTICE RE: ADMIN  MOTION TO
PROCEED ANONYMOUSLY
CASE NO. 3:22-CV-01559-LB