```
 1   Jonathan M. Baum (SBN 303469)
     jbaum@steptoe.com
 2   Sonja Arndt (SBN 322728)
     sarndtjohnson@steptoe.com
 3   STEPTOE & JOHNSON LLP
 4   One Market Plaza
     Spear Tower, Suite 3900
 5   San Francisco, California 94105
 6   Telephone:  (415) 365-6700 / Facsimile:  (415) 365-6699

 7   Attorneys for Defendant
     UNIVERSITY OF SAN FRANCISCO
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT USF'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL<br><br>[Fed. R. Civ. P. 56; Civ. L.R. 79-5]<br><br>Judge:  Hon. Laurel Beeler<br><br>Trial Date:  None Set<br><br>Hearing:  December 8, 2022 at 9:30 a.m. |

Having reviewed and considered the Motion and the declaration in support thereof, and finding good cause therefor, the Court rules Defendant's Motion to File Documents Under Seal is GRANTED.

IT IS SO ORDERED.

Dated:   September 19, 2022

Hon. Laurel Beeler
U.S. Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL