JONATHAN SELBIN (Cal. Bar No. 170222)
jselbin@lchb.com
MICHELLE LAMY (Cal. Bar No. 308174)
mlamy@lchb.com
NIGAR A. SHAIKH (Cal. Bar No. 343554)
nshaikh@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

ELIZABETH A. FEGAN (admitted *pro hac vice*)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

*Attorneys for Plaintiffs and the Proposed Classes*
  *(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No.  3:22-cv-01559-LB<br><br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Plaintiffs John Does 1-12 respectfully submit this Statement of Recent Decision in support of their opposition to Defendants' motions to dismiss ("Opposition"). In their Opposition, John Does 4-12 argue that their claims are not barred by the statute of limitations because, among other

1    reasons, accrual of the claims was delayed by the discovery rule. ECF No.79 at 14-15.

2            On December 14, 2022, the Sixth Circuit issued an order bearing upon application of the

3    discovery rule here. In *Snyder-Hill v. Ohio State University*, Nos. 21-3981/3991 (ECF No. 98-2)

4    (6th Cir. Dec. 14, 2022), attached as Exhibit A, the Sixth Circuit denied a Petition for Rehearing

5    *En Banc* following its decision in *Snyder-Hill v. Ohio State University*, 48 F.4th 686 (6th Cir.

6    Sept. 14, 2022). The majority found that the discovery rule delayed accrual of plaintiffs' claims

7    relating to a university doctor's sexual abuse under the guise of medical examinations because

8    plaintiffs had no "reason to know that others had previously complained to Ohio State about [the

9    doctor's] conduct, let alone how Ohio State had responded to any previous complaints." *Snyder-*

10   *Hill*, 48 F.4th at 694. "Further, each plaintiff alleges that, even if he had investigated, further

11   inquiry would have been futile because Ohio State controlled their access to information." *Id.* at

12   694-95. The majority found that until 2018, the plaintiffs had no reason to know that the

13   mishandling of their reports was part of a much broader policy of deliberate indifference towards

14   the doctor's abuse. *Id.* at 704.

15           In the denial of the Petition for Rehearing *En Banc*, Judge Moore wrote a concurring

16   opinion to emphasize that "[t]he panel's application of the discovery rule fully comports with our

17   precedent and Supreme Court precedent" where "plaintiffs had no reason to know that Ohio State

18   injured them until Ohio State's conduct became public." Exhibit A at 5 (Moore, J., concurring in

19   the denial of rehearing *en banc*) (citing *Snyder Hill*, 48 F.4th at 690).

20   Dated:  December 15, 2022                  Respectfully submitted,

21                                             */s/ Elizabeth A. Fegan*
                                               ELIZABETH A. FEGAN (admitted *pro hac vice*)
22                                             beth@feganscott.com
                                               FEGAN SCOTT LLC
23                                             150 S. Wacker Dr., 24th Floor
                                               Chicago, IL 60606
24                                             Telephone: (312) 741-1019
                                               Facsimile: (312) 264-0100
25
                                               LYNN A. ELLENBERGER (admitted *pro hac vice*)
26                                             lynn@feganscott.com
                                               FEGAN SCOTT LLC
27                                             500 Grant St., Suite 2900
                                               Pittsburgh, PA 15219
28                                             Telephone: (412) 346-4104

1     Facsimile: (312) 264-0100

2     LING S. WANG (admitted *pro hac vice*)
      ling@feganscott.com
3     FEGAN SCOTT LLC
      100 S. Fifth St., Suite 1900
4     Minneapolis, MN 55402
      Telephone: (651) 432-4468
5     Facsimile: (312) 264-0100

6     JONATHAN D. SELBIN (Cal. Bar No. 17022)
      jdselbin@lchb.com
7     MICHELLE LAMY (Cal. Bar No. 308174)
      mlamy@lchb.com
8     NIGAR A. SHAIKH (Cal. Bar No. 343554)
      nshaikh@lchb.com
9     LIEFF CABRASER HEIMANN & BERNSTEIN
      275 Battery Street, 29th Floor
10    San Francisco, CA  94111
      Telephone: (415) 956-1000
11    Facsimile: (415) 956-1008

12    *Attorneys for Plaintiffs and the Proposed Classes*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -