| | |
|---|---|
| 1 | JONATHAN SELBIN (Cal. Bar No. 170222) |
|   | jselbin@lchb.com |
| 2 | MICHELLE LAMY (Cal. Bar No. 308174) |
|   | mlamy@lchb.com |
| 3 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 29th Floor |
| 4 | San Francisco, CA 94111 |
|   | Telephone: (415) 956-1000 |
| 5 | Facsimile: (415) 956-1008 |
| 6 | ELIZABETH A. FEGAN (admitted *pro hac vice*) |
|   | beth@feganscott.com |
| 7 | FEGAN SCOTT LLC |
|   | 150 S. Wacker Drive, 24th Floor |
| 8 | Chicago, IL 60606 |
|   | Telephone: (312) 741-1019 |
| 9 | Facsimile: (312) 264-0100 |
| 10 | *Attorneys for Plaintiffs and the Proposed Classes* |
|   | (Additional Counsel on Signature Page) |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION** |

Plaintiffs John Does 1-14 respectfully submit this Statement of Recent Decision in further support of their Opposition to Defendants' Motions to Dismiss and University of San Francisco's Motion to Strike (ECF 114, "Opposition"). In their Opposition addressing the University of San Francisco's Motion to Dismiss, John Does 1-14 argue they plausibly allege a retaliation claim under

1  Title IX, where they engaged in a protected activity by complaining about the Coach Defendants'
2  sexual misconduct and sex discrimination and were retaliated against for engaging in this protected
3  activity. *Id.* at 20 of 36.

4  On June 13, 2023, in *Grabowski v. Arizona Bd. Of Regents,* No. 22-15714 (9th Cir. June
5  13, 2023) ("Op."), attached as Exhibit A, the Court of Appeals for the Ninth Circuit found that the
6  plaintiff sufficiently pled a retaliation claim under Title IX where he alleged that he participated in
7  protected activity by his and his parents' reporting of sexual and homophobic bullying by his
8  teammates to his coaches and team psychologist and that he suffered an adverse action when the
9  coach defendants dismissed him from the track team and cancelled his athletic scholarships in
10  retaliation. Op. at 21-22. The Ninth Circuit also reaffirmed the low threshold for retaliation claims
11  at the motion to dismiss stage, noting that "Plaintiff's retaliation claim is valid even though his
12  discrimination claim is insufficiently pleaded. The protected status of a plaintiff's alleged
13  statements holds whether or not the plaintiff ultimately will be able to prove his or her contentions
14  about discrimination." *See id.* at n.5 (cleaned up).

15  WHEREFORE, Plaintiffs respectfully request that this Court consider the above recent
16  decision and deny USF's motion to dismiss Plaintiffs' Title IX retaliation claim.

17  Dated:  June 15, 2023                    Respectfully submitted,

18  　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth A. Fegan*
　　　　　　　　　　　　　　　　　　　　ELIZABETH A. FEGAN (admitted *pro hac vice*)
19  　　　　　　　　　　　　　　　　　　　beth@feganscott.com
　　　　　　　　　　　　　　　　　　　　FEGAN SCOTT LLC
20  　　　　　　　　　　　　　　　　　　　150 S. Wacker Dr., 24th Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
21  　　　　　　　　　　　　　　　　　　　Telephone: (312) 741-1019
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 264-0100
22
　　　　　　　　　　　　　　　　　　　　LYNN A. ELLENBERGER (admitted *pro hac vice*)
23  　　　　　　　　　　　　　　　　　　　lynn@feganscott.com
　　　　　　　　　　　　　　　　　　　　FEGAN SCOTT LLC
24  　　　　　　　　　　　　　　　　　　　500 Grant St., Suite 2900
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
25  　　　　　　　　　　　　　　　　　　　Telephone: (412) 346-4104
　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 264-0100
26
　　　　　　　　　　　　　　　　　　　　LING S. WANG (admitted *pro hac vice*)
27  　　　　　　　　　　　　　　　　　　　ling@feganscott.com
　　　　　　　　　　　　　　　　　　　　FEGAN SCOTT LLC
28  　　　　　　　　　　　　　　　　　　　121 N. Washington Ave, 4th Floor

| | |
|---|---|
| 1 | Minneapolis, MN 55401 |
| 2 | Telephone: (651) 432-4468<br>Facsimile: (312) 264-0100 |
| 3 | JONATHAN D. SELBIN (Cal. Bar No. 17022) |
| 4 | jdselbin@lchb.com<br>MICHELLE LAMY (Cal. Bar No. 308174) |
| 5 | mlamy@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN |
| 6 | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111 |
| 7 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 8 | JESSICA A. MOLDOVAN (*admitted pro hac vice*) |
| 9 | jmoldovan@lchb.com<br>LIEFF CABRASER HEIMANN & BERNSTEIN |
| 10 | 250 Hudson Street, 8th Floor<br>New York, NY 10013 |
| 11 | Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592 |
| 12 | *Attorneys for Plaintiffs and the Proposed Classes* |