**DANIEL A. CROLEY  (SBN: 154386)**
**KATHERINE O'NEAL (SBN: 124657)**
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
Email:  dcroley@fddcm.com
Email:  koneal@fddcm.com

*Attorneys for Defendant*
Anthony Giarratano

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>*Defendant.* | Case No.: 3:22-cv-01559-LB<br><br>**STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT** |

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

Pursuant to Civ. L.R. 6-1 and 7-12, Plaintiffs John Does 1 through 14 ("Plaintiffs"), the University of San Francisco ("USF"), and Anthony Giarratano and Troy Nakamura (collectively, "Coach Defendants" and with USF "Defendants") hereby stipulate as follows:

## STIPULATION

WHEREAS, on August 30, 2023, Plaintiffs filed their 125-page Third Amended Class Action Complaint in this action;

WHEREAS, the Defendants' current deadline to respond to the Third Amended Class Action Complaint is September 13, 2023, see Dkt. 133;

WHEREAS, USF plans to move to dismiss the Third Amended Class Action Complaint;

WHEREAS, in order to effectuate a more orderly and efficient progression of the litigation, the parties have agreed that Coach Defendants' response to the operative pleading will be due twenty days from date of the Court's ruling on USF's motion to dismiss ("the Ruling") or the deadline stated in the Ruling for USF's response; and

WHEREAS, the parties agree that USF's response to the operative pleading will be due twenty days from the Ruling or twenty days from the filing of the Fourth Amended Class Action Complaint, unless the Court sets a deadline for USF's response in the Ruling.

THEREFORE, the Parties hereby stipulate and agree as follows:

Coach Defendants shall answer or otherwise respond to the Third Amended Class Action Complaint or any amended complaint arising from the Ruling (i.e., Fourth Amended Class Action Complaint, if any is filed) no later than twenty days from the Ruling or any deadline stated in the Ruling for USF's response;

If the Court denies USF's motion to dismiss, USF shall answer the Third Amended Class Action Complaint no later than twenty days after the Ruling, or by any deadline set for USF's response in the Ruling. If the Court grants USF's motion and Plaintiffs file a Fourth Amended Class Action Complaint, USF's response to that pleading will be due twenty days after that filing, unless the Court sets a different deadline in its Ruling.

///

///

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

1  SO STIPULATED.

2  Dated: September 12, 2023          Respectfully submitted,

3                                     FUTTERMAN DUPREE DODD CROLEY MAIER LLP

4                                     By:  /s/ Daniel A. Croley
5                                          Daniel A. Croley
                                           Futterman Dupree Dodd Croley Maier LLP
6                                          601 Montgomery Street, Suite 1210
                                           San Francisco, CA 94111
7                                          Phone: (415) 399-3840
                                           Email: dcroley@fddcm.com
8                                          *Attorneys for Defendant*
                                           Anthony Giarratano
9

10 Dated: September 12, 2023          FEGAN SCOTT LLC

11                                    By:  /s/ Lynn Ellenberger
12                                         Lynn Ellenberger
                                           Fegan Scott LLC
13                                         500 Grant Street, Suite 2900
                                           Pittsburgh, PA 15219
14                                         Phone: (412) 345-4101
                                           Email: lynn@feganscott.com
15

16 Dated: September 12, 2023          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

17                                    By:  /s/ Jonathan Selbin
                                           Jonathan Selbin
18                                         Lieff Cabraser Heimann & Bernstein, LLP
                                           275 Battery Street, 29th Floor
19                                         San Francisco, CA 94111
                                           Phone: (415) 956-1000
20                                         Email: jselbin@lchb.com
                                           *Attorneys for Plaintiffs* and
21                                         the Proposed Class

22

23 Dated: September 12, 2023          SCOTT RAPKIN

24                                    By:  /s/ Scott Brian Rapkin
                                           Scott Brian Rapkin
25                                         Rapkin & Associates, LLP
                                           475 Washington Blvd.
26                                         Marina del Rey, CA 90292
                                           Phone: (310) 319-5465
27                                         Email: scottrapkin@rapkinesq.com
                                           *Attorneys for Defendant*
28                                         Troy Nakamura

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

Dated: September 12, 2023

STEPTOE & JOHNSON LLP

By: /s/ Jonathan M. Baum

Jonathan M. Baum
Steptoe & Johnson
One Market Plaza
Steuart Tower, Ste. 1070
San Francisco, CA 94105
Phone: (415) 365-6700
Email: jbaum@steptoe.com
*Attorneys for Defendant*
The University of San Francisco

## ATTESTATION

I hereby attest, pursuant to Northern District of California, Local Rule 5-1(h)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 12, 2023

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By: /s/ Daniel A. Croley

Daniel A. Croley
*Attorneys for Defendant*
Anthony Giarratano

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB