**DANIEL A. CROLEY   (SBN: 154386)**
**KATHERINE O'NEAL (SBN: 124657)**
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery Street, Suite 1210
San Francisco, California 94111
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
Email:  dcroley@fddcm.com
Email:  koneal@fddcm.com

*Attorneys for Defendant*
Anthony Giarratano

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA, <br><br> *Defendant.* | Case No.: 3:22-cv-01559-LB <br><br> **STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT** |

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

Pursuant to Civ. L.R. 6-1 and 7-12, Plaintiffs John Does 1 through 14 ("Plaintiffs"), the University of San Francisco ("USF"), and Anthony Giarratano and Troy Nakamura (collectively, "Coach Defendants" and with USF "Defendants") hereby stipulate as follows:

**<u>STIPULATION</u>**

WHEREAS, on August 30, 2023, Plaintiffs filed their 125-page Third Amended Class Action Complaint in this action;

WHEREAS, the Defendants' current deadline to respond to the Third Amended Class Action Complaint is September 13, 2023, see Dkt. 133;

WHEREAS, USF plans to move to dismiss the Third Amended Class Action Complaint;

WHEREAS, in order to effectuate a more orderly and efficient progression of the litigation, the parties have agreed that Coach Defendants' response to the operative pleading will be due twenty days from date of the Court's ruling on USF's motion to dismiss ("the Ruling") or the deadline stated in the Ruling for USF's response; and

WHEREAS, the parties agree that USF's response to the operative pleading will be due twenty days from the Ruling or twenty days from the filing of the Fourth Amended Class Action Complaint, unless the Court sets a deadline for USF's response in the Ruling.

THEREFORE, the Parties hereby stipulate and agree as follows:

Coach Defendants shall answer or otherwise respond to the Third Amended Class Action Complaint or any amended complaint arising from the Ruling (i.e., Fourth Amended Class Action Complaint, if any is filed) no later than twenty days from the Ruling or any deadline stated in the Ruling for USF's response;

If the Court denies USF's motion to dismiss, USF shall answer the Third Amended Class Action Complaint no later than twenty days after the Ruling, or by any deadline set for USF's response in the Ruling. If the Court grants USF's motion and Plaintiffs file a Fourth Amended Class Action Complaint, USF's response to that pleading will be due twenty days after that filing, unless the Court sets a different deadline in its Ruling.

///

///

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

| | | |
|---|---|---|
| 1 | SO STIPULATED. | |
| 2 | Dated: September 12, 2023 | Respectfully submitted, |
| 3 | | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| 4 | | By: /s/ Daniel A. Croley |
| 5 | | Daniel A. Croley |
| | | Futterman Dupree Dodd Croley Maier LLP |
| 6 | | 601 Montgomery Street, Suite 1210 |
| | | San Francisco, CA 94111 |
| 7 | | Phone: (415) 399-3840 |
| | | Email: dcroley@fddcm.com |
| 8 | | *Attorneys for Defendant* |
| | | Anthony Giarratano |
| 10 | Dated: September 12, 2023 | FEGAN SCOTT LLC |
| 11 | | By: /s/ Lynn Ellenberger |
| 12 | | Lynn Ellenberger |
| | | Fegan Scott LLC |
| 13 | | 500 Grant Street, Suite 2900 |
| | | Pittsburgh, PA 15219 |
| 14 | | Phone: (412) 345-4101 |
| | | Email: lynn@feganscott.com |
| 16 | Dated: September 12, 2023 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 17 | | By: /s/ Jonathan Selbin |
| | | Jonathan Selbin |
| 18 | | Lieff Cabraser Heimann & Bernstein, LLP |
| 19 | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111 |
| 20 | | Phone: (415) 956-1000 |
| | | Email: jselbin@lchb.com |
| 21 | | *Attorneys for Plaintiffs* and the Proposed Class |
| 23 | Dated: September 12, 2023 | SCOTT RAPKIN |
| 24 | | By: /s/ Scott Brian Rapkin |
| | | Scott Brian Rapkin |
| 25 | | Rapkin & Associates, LLP |
| | | 475 Washington Blvd. |
| 26 | | Marina del Rey, CA 90292 |
| | | Phone: (310) 319-5465 |
| 27 | | Email: scottrapkin@rapkinesq.com |
| | | *Attorneys for Defendant* |
| 28 | | Troy Nakamura |

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB

Dated: September 12, 2023				STEPTOE & JOHNSON LLP

						By: /s/ Jonathan M. Baum
						Jonathan M. Baum
						Steptoe & Johnson
						One Market Plaza
						Steuart Tower, Ste. 1070
						San Francisco, CA 94105
						Phone: (415) 365-6700
						Email: jbaum@steptoe.com
						*Attorneys for Defendant*
						The University of San Francisco

### ATTESTATION

I hereby attest, pursuant to Northern District of California, Local Rule 5-1(h)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 12, 2023				FUTTERMAN DUPREE DODD CROLEY MAIER LLP

						By: /s/ Daniel A. Croley
						Daniel A. Croley
						*Attorneys for Defendant*
						Anthony Giarratano

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

September 13, 2023
DATED

						HON. LAUREL BEELER
						UNITED STATES MAGISTRATE JUDGE

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

3

STIPULATION REGARDING THE DEFENDANTS' DEADLINE TO RESPOND TO
THIRD AMENDED CLASS ACTION COMPLAINT OR POTENTIAL FOURTH AMENDED CLASS ACTION COMPLAINT
Case No.: 3:22-cv-01559-LB