UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, DOE 13, DOE 14 individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>    Defendants. | Case No. 3:22-cv-01559-LB |

**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO EXTEND BRIEFING SCHEDULE AND HEARING DATE**

Upon consideration of Plaintiffs' Motion to Extend Briefing Schedule and Hearing Date, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED. IT IS FURTHER ORDERED:

1. Plaintiffs must respond to USF's motion to dismiss by October ~~11~~ 4, 2023;

2. USF must reply to the motion to dismiss by October ~~18~~ 10, 2023; and

3. A hearing in this matter is set for ~~November 2, 2023~~ October 26, 2023 at 9:30 a.m. or November ____, 2023 at 9:30 a.m.

Dated: September 22, 2023

_/s/ Laurel Beeler_
HON. LAUREL BEELER
United States Magistrate Judge