UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, and JOHN DOE 12, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND ANSWER DEADLINE FOR ALL DEFENDANTS<br><br>Judge: Hon. Laurel Beeler<br><br>Trial Date: None Set |

Pursuant to the Parties' Stipulation to Extend Answer Deadline for All Defendants, IT IS SO ORDERED:

1. Defendants' deadline to answer the Third Amended Complaint is extended from December 15, 2023 to December 29, 2023.

IT IS SO ORDERED.

Dated:  December 18, 2023

Hon. Laurel Beeler
U.S. Magistrate Judge