Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
**STEPTOE LLP**
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Geoffrey L. Warner (SBN 305647)
*gwarner@steptoe.com*
Nicolena F. Farias-Eisner (SBN 336158)
*nfariaseisner@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400 / Facsimile: (213) 439-9559

Attorneys for Defendant
THE UNIVERSITY OF SAN FRANCISCO

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA, <br><br> Defendants. | Case No. 3:22-CV-01559-LB <br> [Hon. Hon. Laurel Beeler, Courtroom B] <br><br> **NOTICE OF CHANGE OF FIRM NAME** <br><br> Complaint Filed: 03/11/22 <br> Trial Date: TBD |

TO THE COURT ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective December 6, 2023, the firm name of Steptoe & Johnson LLP was changed to:

**Steptoe LLP**

The address and telephone number will remain the same. Please update your records accordingly.

Respectfully submitted.

Dated:  January 30, 2024             STEPTOE LLP

By:   */s/ Jonathan M. Baum*
Jonathan M. Baum (SBN 303469)
jbaum@steptoe.com
STEPTOE LLP
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

Geoffrey L. Warner (SBN 305647)
*gwarner@steptoe.com*
Nicolena F. Farias-Eisner (SBN 336158)
*nfariaseisner@steptoe.com*
STEPTOE LLP
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9559