Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
**STEPTOE LLP**
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Geoffrey L. Warner (SBN 305647)
*gwarner@steptoe.com*
Nicolena F. Farias-Eisner (SBN 336158)
*nfariaseisner@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400 / Facsimile: (213) 439-9559

Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14 individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**NOTICE OF RECENT ORDERS IN RELATED ACTION**<br><br>Judge: Hon. Laurel Beeler<br>Trial Date: None Set |

1  Pursuant to the discussion during the April 11, 2024 Case Management Conference,
2  Defendant University of San Francisco ("USF") files this notice attaching recent substantive
3  orders filed by the Court since February 1, 2024 in the related case titled *John Doe 1, et al. v.*
4  *National Collegiate Athletic Association*, Case No. 1:23-cv-00542-SEB-MJD (S.D. Ind.). (*See*
5  **Exhibits A-D**.)

Dated:  April 11, 2024

Respectfully submitted,

STEPTOE LLP

By:   /s/  Jonathan Baum
Jonathan M. Baum (SBN 303469)
Geoffrey L. Warner (SBN 305647)
Nicolena F. Farias-Eisner (SBN 336158)

*Attorneys for Defendant*
UNIVERSITY OF SAN FRANCISCO

**CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: <u>  /s/  *Jonathan Baum*</u>
        Jonathan Baum