# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:23-cv-00542-SEB-MJD |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the motion of Plaintiffs' counsel seeking to withdraw their appearances on behalf of Plaintiff John Doe 7. [Dkt. 131.] The motion to withdraw is set for an **in-person hearing on Thursday, April 18, 2024, at 3:00 p.m. (Eastern),** in Courtroom 270, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. **Plaintiff John Doe 7 is ordered to appear in person along with at least one of Plaintiffs' attorneys**. Defendant's counsel may appear but is not required to do so.

Plaintiffs' counsel shall serve this Order on John Doe 7 both electronically (if possible) and by certified mail, return receipt requested, and shall file a Notice that they have done so, along with the return receipt, **within fourteen days of the date of this Order**.

SO ORDERED.

Dated: 14 MAR 2024

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.