Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
**STEPTOE LLP**
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Geoffrey L. Warner (SBN 305647)
*gwarner@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400 / Facsimile: (213) 439-9559

Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14 individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**DEFENDANT UNIVERSITY OF SAN FRANCISCO'S STATEMENT IN SUPPORT OF SEALING REQUEST (ECF No. 265)**<br><br>**Civil Local Rule 79-5(f)**<br><br>Judge: Hon. Laurel Beeler<br>Trial Date: None Set |

**ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**

**I.   INTRODUCTION**

Pursuant to Civil Local Rule 79-5(f), Defendant University of San Francisco ("USF") submits this statement in support of the Administrative Motion to Consider Whether Another Party's Material Should be Sealed (ECF No. 265), which concerns the unredacted versions of the exhibits to Plaintiffs' Motion for Class Certification, filed on Nov. 21, 2024.

**II.  THE UNREDACTED VERSIONS OF THE EXHIBITS SHOULD REMAIN SEALED UNDER LOCAL RULE 79-5.**

The materials subject to sealing were marked by Defendants University of San Francisco, Anthony N. Giarratano, or Troy Nakamura as "Confidential" or "Highly Confidential" under the Stipulated Protective Order that has been entered in this case. Many of these materials contain confidential information and testimony from a private arbitration between USF and Coach Giarratano that relates to this matter. Although the Court recently ruled that some portions of the arbitration materials are discoverable, this does not affect their confidential status under the protective order.

Other materials, including Plaintiff's expert report, are appropriately redacted because they include specific personal information from individual employees or quotations from testimony during the arbitration. The materials filed under seal also contain the names of the Plaintiffs and their family members, which Plaintiffs have sought to maintain as confidential throughout this proceeding.

**III. CONCLUSION**

For the foregoing reasons, USF respectfully requests that this Court keep sealed the exhibits filed under ECF No. 265.

Dated:  Nov. 29, 2024                    Respectfully submitted,

                                         STEPTOE LLP

                                         By:    */s/ Jonathan M. Baum*
                                         Jonathan M. Baum (SBN 303469)
                                         Geoffrey L. Warner (SBN 305647)
                                         Nicolena F. Farias-Eisner (SBN 336158)

*Attorneys for Defendant*
UNIVERSITY OF SAN FRANCISCO