Jonathan M. Baum (SBN 303469)
*jbaum@steptoe.com*
**STEPTOE LLP**
One Market Plaza
Steuart Tower, Suite 1070
San Francisco, California 94105
Telephone: (415) 365-6700 / Facsimile: (415) 365-6699

Geoffrey L. Warner (SBN 305647)
*gwarner@steptoe.com*
Nicolena F. Farias-Eisner (SBN 336158)
*nfariaseisner@steptoe.com*
**STEPTOE LLP**
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 439-9400 / Facsimile: (213) 439-9559

Attorneys for Defendant
UNIVERSITY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14 individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No. 3:22-cv-01559-LB<br><br>**DECLARATION OF JONATHAN M. BAUM IN SUPPORT OF DEFENDANT UNIVERSITY OF SAN FRANCISCO'S SUPPLEMENTAL STATEMENT IN SUPPORT OF SEALING REQUESTS (ECF Nos. 273, 301)**<br><br>[*Supplemental Statement Filed Concurrently herewith*]<br><br>Judge:  Hon. Laurel Beeler<br>Trial Date:  None Set |

## DECLARATION OF JONATHAN M. BAUM

I, Jonathan M. Baum, declare:

1. I am an attorney licensed to practice law in the State of California and before this Court, and am counsel of record for Defendant University of San Francisco ("USF") in this action. I make this declaration in support of Defendant USF's Supplemental Statement in Support of Sealing Requests (ECF Nos. 273, 301). This declaration is based on my own personal knowledge, and if called and sworn as a witness, I could and would competently testify to the following facts.

2. Pursuant to the Court's March 6, 2025 Order (ECF No. 314 at 3), attached are true and correct copies of the following documents from Plaintiffs' Motion for Class Certification (ECF No. 266) and Reply Brief in Support of Plaintiffs' Motion for Class Certification (ECF No. 300) reflecting revised redactions as outlined in USF's Supplemental Statement in Support of Sealing Requests (ECF Nos. 273, 301) filed concurrently herewith[1]:

| Exhibit Number | Bates Number | Description |
| --- | --- | --- |
| N/A | N/A | Plaintiffs' Motion for Class Certification |
| Motion Ex. 1 | N/A | Expert Report of Robert Boland, J.D., dated November 21, 2024 |
| Motion Ex. 6 | USF2588 | Email Correspondence dated March 13, 2022 |
| Motion Ex. 7 | USF_0004655 | Email Correspondence dated December 29, 2021 |
| Motion Ex. 8 | USF_0011361 | Email Correspondence dated March 4, 2022 |
| Motion Ex. 9 | USF_0107070 | Email Correspondence dated September 10, 2019 |
| Motion Ex. 10 | USF_0004612 | Email Correspondence dated December 22, 2021 |
| Motion Ex. 11 | USF_0107528 | Email Correspondence dated August 19, 2021 |
| Motion Ex. 12 | USF2834 | Email Correspondence dated December 14, 2021 |
| Motion Ex. 17 | USF_0057216 | Email Correspondence dated March 23, 2022 |

---

[1] Plaintiffs' proposed redactions in their Motion and Reply are reflected in yellow highlights. To avoid confusion, USF has highlighted its revised proposed redactions in Plaintiffs' Motion and Reply in red.

| | | |
|---|---|---|
| Motion Ex. 19 | USF_0000349 | Email Correspondence dated March 14, 2022 |
| Motion Ex. 21 | USF_0020613 | Correspondence regarding USF Athletic Program |
| Motion Ex. 22 | USF_0020612 | Email Correspondence dated May 12, 2014 |
| Motion Ex. 23 | USF_0020588 | Email Correspondence dated May 13, 2014 |
| Motion Ex. 24 | USF_0101901 | SF Athletics Letter to Giarratano |
| Motion Ex. 25 | USF_0020578 | Email Correspondence dated May 22, 2014 |
| Motion Ex. 26 | USF1293 | Giarratano Letter re: 2008-09 Academic Achievements |
| Motion Ex. 27 | USF_0058091 | Email Correspondence dated July 13, 2011 |
| Motion Ex. 28 | USF_0058082 | Email Correspondence dated May 1, 2014 |
| Motion Ex. 29 | USF_0018073 | Email Correspondence dated May 13, 2014 |
| Motion Ex. 30 | USF_0101896 | USF Baseball Analysis 2016 |
| Motion Ex. 31 | USF_0020585 | Email Correspondence dated May 19, 2014 |
| Motion Ex. 32 | USF1757 | Email Correspondence dated December 9, 2021 |
| Motion Ex. 33 | USF_0058046 | Email Correspondence dated June 4, 2021 |
| Motion Ex. 34 | USF_0015184 | Email Correspondence dated March 23, 2022 |
| N/A | N/A | Plaintiffs' Reply in Support of Plaintiffs' Motion for Class Certification |
| Reply Ex. 2 | USF_0115359 | Email Correspondence dated May 24, 2022 |
| Reply Ex. 17 | USF_0000804 | USF Baseball Team Roster, 2019-2020 |
| Reply Ex. 18 | USF_0000427 | USF Baseball Team Roster, 2020-2021 |
| Reply Ex. 19 | USF_0000808 | USF Baseball Team Roster, 2021-2022 |
| Reply Ex. 20 | N/A | Supplemental Expert Report of Robert Boland, J.D., dated February 6, 2025 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this day of March 20, 2025, at Washington, D.C.

By:     */s/ Jonathan M. Baum*
           Jonathan M. Baum

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notifications.

By: */s/ Jonathan M. Baum*
 Jonathan M. Baum