# MOTION EXHIBIT 6

# FILED UNDER SEAL

| | |
|---|---|
| Date: | Sun, 13 Mar 2022 4:04:22 PM -0700 |
| Sent: | Sun, 13 Mar 2022 4:04:19 PM -0700 |
| Subject: | My Son - Your Baseball Program |
| From: | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| To: | jmcdermott2@usfca.edu; |
| Attachments: | image001.png |

Dear Ms. McDermott,

Unfortunately, I was not surprised to hear of the latest developments regarding the USF baseball program and its coaches. My son, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and was impressed by the family values that were emphasized by Giarratano and the other coaches during his visit in the ▓▓▓▓▓▓▓ As a result of those conversations and promises of family and a fostering environment, ▓▓▓▓ decided to attend USF ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in ▓▓▓▓▓▓▓▓

Of course, he was misled about the actual culture there and it became evident quite quickly. ▓▓▓▓ was also dealing with the pandemic as was everyone, but he was also rehabbing from ▓▓▓▓▓▓▓▓▓▓▓▓. The coaches were not very supportive of his rehab and demanded things of him that were baffling given his injury.

This all happened in the fall when the team was in its off-season and he was going through daily rehab (time consuming in the best of times but made worse by Nino and Troy saying that he had to make-up his conditioning on his own time). It was a mind control thing for them. Why in the world would a rehabbing pitcher need to spend even more time running, lifting weights etc. than what he was doing during his supervised PT? He was facing a long rehab and was not going to be able to play for at least a year. His cardio was not important at that point in time. His studies, rehabbing, and his mental health were all way more important.

Being a D1 athlete is already so difficult with its time requirements but they made it so much harder as you are well aware. I won't go into those details because I know that you have heard them ad nauseum.

But I will detail how his baseball career ended and how disappointing that we all were about getting duped into a situation that was awful.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Remember this is still during his rehab and he his not going to be able to practice or play with the team for the current spring season. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Nino being the true coward that he is was in the background during this call telling Keplinger what to tell ▓▓▓▓ It went something like this:

- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

This kid loved baseball and fought through a lot just to get to USF. Then he was met with this disaster. For a school that cares

Protective Order
USF2588

more about its pronouns than its actual student-athletes is appalling. We are an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. We knew that he was enrolling in a school that used to hold these same values but has changed. What we thought we were getting in the baseball program turned out to be much different than advertised. Of course, this is much worse. Thinking it was a good spot but then finding out that it is bad. Really bad.

So my son's dreams of playing D1 baseball were smashed by Giarratano who promised to be a mentor but was anything but that. My son politely declined Giarratano's ridiculous mandates and handled it with grace, class, and respect. Something he learned through his many years playing for good coaches and being raised by a family with good American values. Thank God that he was mature enough to realize that the baseball program was toxic and he wanted no part of it.

I personally look forward to watching this situation play out in the media and courts. We are fortunate that a courageous group of teammates decided to hold this man and his coaches to a standard that you and the university did not.

Based on the stories that I have heard, it's going to get ugly starting with Coach "Cocks" and all his glory.

Good luck.



NOTICE: All email sent to or from the ▮▮▮▮▮▮▮▮▮▮ email system is subject to archiving, monitoring and/or review by compliance personnel.

Protective Order
USF2589