# MOTION EXHIBIT 8

# FILED UNDER SEAL

Message
_____

**From:**         Anthony N Giarratano [giarratano@usfca.edu]
**on behalf of**    Anthony N Giarratano <giarratano@usfca.edu> [giarratano@usfca.edu]
**Sent:**         3/4/2022 5:56:55 PM
**To:**           Mathew Keplinger [mkeplinger@usfca.edu]
**Subject:**      Re: ███████

Kep,
Thanks for sending! Very sad to read through this and only see one side of a very tragic story. The story the kids tell there parents is way different than the ones in real life!!!!
Wow need to be very careful when recruiting players? Same situation with ████ and no truth by any of them. All they ever hear are the parts for there story!!
Coach

Nino Giarratano
Head Baseball Coach
2130 Fulton St
San Francisco, CA 94117


On Mar 4, 2022, at 9:47 AM, Mathew Keplinger <mkeplinger@usfca.edu> wrote:



---------- Forwarded message ---------
From: ████████████████████
Date: Fri, Mar 4, 2022 at 9:01 AM
Subject: ████████
To: Troy Nakamura <nakamurat@usfca.edu>, Mathew Keplinger <mkeplinger@usfca.edu>


USF Baseball Coaches:

If you could please forward this to Nino also.

I realize it's been a year and a half, but it has honestly taking me this long to put my feelings down in writing. I'm sure you're all sitting around possibly laughing at this email; you need to realize what it is you're laughing at; a young man's future and entire life devoted to this game.

As you know ████████████ decided USF and your baseball club wasn't a good fit for him In the fall of 2020. I never really had a chance to reach out to any other coaches, although coach Nino did speak with ████ ████████ dad a couple times. Covid has really messed up a lot of things for many people as we know. I'm not quite sure what you all were thinking having the boys live in the dorms over there in August 2020. Everything was so uncertain. Obviously, you wanted to get them to campus, get them acclimated, get them in the class and eventually on the field.

Apparently, everyone involved figured moving them to campus would be the best move. Every kid is different; most of the kids on this team have devoted their whole lives to playing baseball and their grades in the classroom; leaving very little room for any other social activities, video games, movies, etc. Did you consider

any of their mental health? I don't believe this was taken into consideration at all whatsoever in making this decision.

Not sure if you took into consideration the fact that these kids were away from home, as with any new class would be; whether they were 20 miles or 2000 miles, they were now away from home living on their own in a very uncertain world. Ostracized. Homesick. The first two weeks these kids were in the dorm I could not believe that they could not even come out for fresh air. Do you really think that is healthy? Esp for athletes? Couldn't come out to play catch, run the track, or socialize with their teammates. Wasn't that the sole purpose for these kids to be on campus is for the camaraderie? ████ does not like movies, stream videos nor does he play video games. Being there for two weeks was a real struggle for him, although he did make it through. Not sure if any of that was taken into consideration. When you finally did let them out, did the physicals and finally got them to the field, I'm sure these kids were beaten down. Lonely, ostracized, intimidated. Not quite sure why you felt the need to make a spectacle of my son. Was he an easy target? After all, you promised him the world. You would think, he would be an example and not your target. That kid worked so hard for so many years in the classroom and on the field. You promised us so much and shared with ████ and I that you were family and we were now family and all this bullshit.

When they finally get on the field, I guess name calling and beating these kids down; or at least beating mine down is what made you happy. Does it make you feel better about yourself? Coach Naks telling him he was a weakest link. A mistake! Really??? He earned that damn scholarship. Blood, sweat and tears only to be torn down by the ones who are supposed to be his new mentors? They all needed a little encouragement. Telling him he looked like a middle schooler on the field? REALLY???? How's that for self-esteem Buster. In all honesty, coach Nino had never even seen ████ play. Trust me, if he had, those words probably wouldn't of left his mouth. Apparently he was making dive catches and doing all these wonderful things and nothing was said nothing was acknowledged. Another kid came up and made a very simple play and you were commending him and telling him how great he was.

Did anyone ever consider the fact that these 2020 graduates only had a handful of high school games, 8 for ████ they played until the world was shutdown? All of the summer college games and the trip with our team to Canada; everything was postponed or canceled. Most Summer ball was as well. So, these 18 year old kids show up to campus to move into their dorms 8/15/2020 probably scared shitless!! Not ready physically or mentally. They probably would've had at least 50 games prior to showing up if it wasn't for Covid. Now they are quarantined, isolated and have no chance to build any rapport with the teammates. The day they finally show up on the field, these 18 year olds, haven't been in a game for five months and are now competing against a handful of other fifth year college students. Those that were able to come back due to Ncaa Eligibility. Finally getting out there probably nervous as all hell and all you do is put him down. You offered him the world, but the reality is horrible treatment, a pair of baseball pants that were three sizes too large all wrinkled, meanwhile getting other kids backpacks, shoes, batting gloves. He didn't even announce his birthday on Twitter Coach Naks! There was ever mentioned boys birthdays on Twitter. He was in there during quarantine on his birthday. I realize this is water under the bridge, but I really needed to let this out. How you all can get up every day and look at yourselves in the mirror and actually think you're doing good for these kids. I can only speak for mine, as he has no desire to play baseball anymore due to that horrific experience there. A D1!athlete. DONE . I cannot believe ████ left. Rumor has it, you were treating him just the same. Like shit. For a kid to leave after two years speaks volumes on the type of coaches you are. Why on earth would he leave unless He must've been completely miserable. Isn't your job to help these kids Excel?

A month after ████ left, we get a bill for $7000!!! We never would've considered USF at all if it wasn't for the scholarship. ████ was really on the fence even when he signed. He never should've signed the letter of intent. It was more for his dad and I than it was for him. My child had a change of heart and was treated horrifically, now we have to pay. That's fucking ridiculous. There is no way for them to waive this amount. Do you realize how long this is going to take us to pay this? I don't know how you can sleep at night. Ruining peoples dreams and bankrupting their families.

So hats off coaches I guess you did your job. This has truly been the worst two years for me and our family. Heartbroken. You really need to reconsider how you treat these kids. You have ruined everything for him. Toughlove is one thing; demeaning and degrading these kids is something else.

████████

Sent from ████ iPhone
--