# MOTION EXHIBIT 9

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Jess Varga [jvarga@usfca.edu] |
| on behalf of | Jess Varga <jvarga@usfca.edu> [jvarga@usfca.edu] |
| **Sent:** | 9/10/2019 6:59:55 PM |
| **To:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| **Subject:** | Re: Title IX |

Hi ▇▇▇▇

Great - I'll let the person I'm contacting know you have the # in the event they say to do something with that number in order to get connected to the right person. It is very possible you can call the non-emergency line to the police department, let them know you have a case number from a situation over the weekend that you have questions and further information and they connect you to the person assigned to that case #. The non-emergency line to the PD is: 415-553-0123.

But, if you wanted to wait to hear back from me once I hear back from the person in Public Safety, it may give more options and info...
I'll let you know as soon as I hear back.
Cheers,
Jess


On Tue, Sep 10, 2019 at 11:49 AM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
> Jess,
>
> Yes I do have a case number it is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>
> ▇▇▇▇▇▇
>
> On Tue, Sep 10, 2019 at 11:47 AM Jess Varga <jvarga@usfca.edu> wrote:
>> Hi ▇▇▇▇
>>
>> Oh! Let me ask someone from our Public Safety (who is former SFPD) what the process is that they would get back in contact with you ▇▇▇▇▇▇▇▇▇▇. They may have some info on when you'll be contacted by officer or investigator - or a way in which you can contact the department and ask for the name of the investigator...I'll get back to you as soon as I hear from them.
>>
>> By any chance, did the police officer leave you with any info on a case # or their name when they were with you ▇▇▇▇▇▇▇▇?
>>
>> Jess
>>
>> On Tue, Sep 10, 2019 at 11:41 AM ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:
>>> Hello Jess,
>>>
>>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>>
>>> Sincerely,

On Tue, Sep 10, 2019 at 11:32 AM Jess Varga <jvarga@usfca.edu> wrote:
> Hi ▮
>
> Great question! If you are comfortable sharing with them, I would let the investigator from the police (or whomever your contact is) know that ▮
>
> ▮
>
> ▮
>
> I hope that was clear and made sense?! I'd be happy to root around to see what I can find on more general info on this and get back to you - just let me know!
> Cheers,
> Jess

On Tue, Sep 10, 2019 at 10:46 AM ▮ wrote:
> Hello Jess,
>
> Thank you for hearing my concerns, I would like the Athletics on our campus to be aware of this and I am okay with the Head Coach of baseball being involved. ▮
>
> ▮

On Tue, Sep 10, 2019 at 10:16 AM Jess Varga <jvarga@usfca.edu> wrote:
> Hi ▮
>
> Thank you for sharing your personal information, and the thoughts regarding the baseball team and other campus culture elements. I will be sure to share this with the people and offices that help me address ▮ I hope with them we can continue to come up with more resources, ways to support students, and continuing to educate students to not harm or assault people.
>
> I will be speaking with the Director of Athletics on how to address this information in general and more specifically about the party this past weekend - of course, I will <u>not</u> share any of your personal

information, but speak in more general terms of the knowledge we have about the party and the behaviors being reported out of the party. I imagine we will be involving the baseball team head coach at some point to let them know as well. IF you have any concerns about this, that it may be too easy to link to you or anything else, please let me know! I always want to weigh and assess concerns with the need to inform.

I can certainly let CAPS know about the interest of students for a support group, and I am also aware there are some community resources that have support groups (I'd be happy to pass along the names of those organizations to you if wanted). There may be reasons why university counseling centers do not offer support groups on certain topics - so if I hear back from CAPS why this is not a support group they offer, or if they would be interested in considering it, I will let you know.

If you are considering needing temporary living arrangements, have concerns about attending classes or navigating campus where you may see a member of the team, or other things that may come up over time, there may be some supports I can offer, or at least talk to you about.

I understand the waiting for more information can be arduous, and I hope the police are in good communication with you. If not, it may be possible someone from our Public Safety could be of assistance as a conduit for helping you with the police. One of the PS staff is former SFPD and has good insight, and is pretty forthcoming, about the way the police and investigators sometimes work with these cases. I'd be happy to make that introduction if you ever should want it.

Thank you again, ▮▮▮▮ for sharing your experiences with me. I am truly sorry to hear you are going through this, and I do hope you continue to use whatever support people and services you find to be the most meaningful to you.

Cheers,
Jess


On Mon, Sep 9, 2019 at 6:58 PM ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> Hello,
>
> 
>
> Sincerely,
> ▮▮▮▮▮▮
>
> On Mon, Sep 9, 2019 at 4:12 PM Jess Varga <jvarga@usfca.edu> wrote:
>> Hello ▮▮▮▮
>> Thank you for replying. It is absolutely alright that we do not meet at this time. Please know the option is there for you whenever you wish. Also in the meantime if you do have any questions, or would like to see if I can help with any specific resources or remedies (like with academics), you can e-mail me and we can figure things out that way.

[REDACTED] I am sorry to hear you have heard other students have not felt heard on the campus, and I hope to be a part of making that change in the ways I can. I will be working with the Dean of Students to strategize how we will address the [REDACTED] component. If there is anything I can share back about what takes place, I certainly will, if you wish.

I hope you are able to use your personal supports in family and/or friends, and any other resources you find useful, to assist you at this time.
Just to have again, my e-mail is jvarga@usfca.edu and phone is 415-422-4563.

Sincerely,
Jess Varga


On Mon, Sep 9, 2019 at 2:33 PM [REDACTED] wrote:
Dear Ms. Varga,

[REDACTED]

Sincerely,
[REDACTED]


--
**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here


--

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          USF_0107073

**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here


--
**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here


--
**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here

--

**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                  USF_0107075