# MOTION EXHIBIT 11

# FILED UNDER SEAL

Message

**From**: Jess Varga [jvarga@usfca.edu]
**on behalf of** Jess Varga <jvarga@usfca.edu> [jvarga@usfca.edu]
**Sent**: 8/19/2021 9:23:27 PM
**To**: Jess Varga [jvarga@usfca.edu]
**Subject**: Re: MBB whispers


Spoke with ▮ at 2:15pm
- Troy, Nino's main assistant coach...was a baseball player when ▮ was a grad student
- Troy and Nino...may be good initial conversation.


On Wed, Aug 18, 2021 at 3:18 PM Jess Varga <jvarga@usfca.edu> wrote:
Women's Soccer Team -
August 17, 2021
3 spoke with Trina
- Baseball team has a system of fining. use real money over Venmo and charge each other for different thing.
- Fined for holding the door open for something
- Can be fined or given money on sexual relationships had
- Don't have proof - is common, happening for a long time.
- Gross about interacting with the team.
- Said didn't feel unsafe. Off-campus they tell people to stay away from the baseball team.
- Assistant Coaches were apart of the team, so much know about this
- They want someone else to know about it.
- A council meets once a week to decide who gets fined
- Hazing
- Fined and given money (maybe?)

--
**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here



--
**Jess Varga**
**Title IX Coordinator**

Confidential                                                                                                          USF_0107528

Pronouns: She/Her/Hers
*UndocuAlly*

2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
415-422-4563 (phone)
jvarga@usfca.edu
Report an Incident - Click Here

Confidential
USF_0107529