# MOTION EXHIBIT 12

# FILED UNDER SEAL

| | |
|---|---|
| **Date:** | Tue, 14 Dec 2021 9:57:58 AM -0800 |
| **Sent:** | Tue, 14 Dec 2021 9:57:56 AM -0800 |
| **Subject:** | Re: Meeting & Intervention Re: Baseball Team |
| **From:** | Joan McDermott <jmcdermott2@usfca.edu> |
| **To:** | Jess Varga <jvarga@usfca.edu>; |

Jess,

Can either you or Trina call me on my cell? It is urgent. I just received a complaint regarding baseball and I told them I would report it to you.

My cell is ▮▮▮▮▮

Joan

Sent from my iPhone

> On Dec 13, 2021, at 4:35 PM, Joan McDermott <jmcdermott2@usfca.edu> wrote:
>
> Jess,
>
> I can meet during the following times:
>
> Wednesday - Before 11:30 or between 2:30 - 4:00
>
> Thursday - Anytime before 2 pm
>
> Joan
>
> Sent from my iPhone
>
>> On Dec 13, 2021, at 4:00 PM, Jess Varga <jvarga@usfca.edu> wrote:
>>
>> Dear Joan, Charlie, Shannon, Trina,
>>
>> Hope everyone is well and you have your umbrellas and galoshes keeping you dry.
>>
>> I'd like for us all to meet as soon as possible to discuss increasing concerns and interventions regarding the baseball team.
>>
>> I know there have been conversations between Trina and Joan, and Trina and Nino, about a couple items, however, just this past week I have received more information alleging behaviors and a culture that are said to be known, particularly among women student-athletes, that are furthering my concern.
>>
>> I don't have any specific interventions in mind at the moment, and that may need another meeting to further discuss in January, but at the very least I'd like to share with you the concerns before we

head into Winter Break.

Would folks have 30 minutes to connect via Zoom this Wednesday, Thursday, or Friday? Can you send me your availability, I'll look at the mutual times, and get an invite sent out? (Shannon and Trina - I can look at your calendars).

Thank you - and looking forward to working collaboratively and proactively on this.

Sincerely,
Jess


--

**Jess Varga**
**Title IX Coordinator**
Pronouns: She/Her/Hers
*UndocuAlly*
2130 Fulton Street
University Center, 5th Floor
San Francisco, CA 94117
**415-422-4563** (phone)
jvarga@usfca.edu
Schedule an Appointment (new options added each week)
Report an Incident - Click Here

Please be aware I do not maintain 24-hour access to email. Please DO NOT use email for emergencies. For urgent concerns/crises, go to the nearest emergency room, call 911 or local emergency services, call CAPS All Hours 24/7 (855-531-0761), or USF Public Safety 24/7 (415-422-2911). Please also note that email does not ensure confidentiality. This correspondence and attachments are intended for the person(s) named above and may contain confidential information. If you received this message in error, please notify me by return email and delete the correspondence and attachments.