# MOTION EXHIBIT 22

# FILED UNDER SEAL

Message

**From:** Julie Ross [jross5@usfca.edu]
on behalf of Julie Ross <jross5@usfca.edu> [jross5@usfca.edu]
**Sent:** 5/12/2014 9:13:01 PM
**To:** Scott Sidwell [sasidwell@usfca.edu]
**Subject:** FW: ██████
**Attachments:** ██████ - USF Baseball Program Scholarship Status.pdf

**Importance:** High

Scott,

Please let me know when you have a few minutes to discuss baseball.

Thank you,

Julie Ross | Associate Athletic Director for Compliance and Student Services | University of San Francisco | War Memorial Gymnasium | 2130 Fulton Street | San Francisco, CA 94117 | p: (415) 422-4561 | f: (415) 422-2510
Please consider the environment before printing this e-mail

Aim Higher


---

**From:** ██████
**Reply-To:** ██████
**Date:** Sunday, May 11, 2014 at 7:41 PM
**To:** Julie Ross <jross5@usfca.edu>
**Cc:** "howell@usfca.edu" <howell@usfca.edu>, ██████
**Subject:** ██████

Ms Ross -

Thank you for your time and consideration regarding this matter. Please review the attached document and email your response to me at your earliest convenience.

We look forward to participating in the meeting that is scheduled for this coming Wednesday. Please confirm the time of the meeting and the teleconference procedures for us to call-in.

Thank you.



Confidential
USF_0020612