# MOTION EXHIBIT 23

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Jeremy Howell [howell@usfca.edu] |
| on behalf of | Jeremy Howell <howell@usfca.edu> [howell@usfca.edu] |
| **Sent:** | 5/13/2014 7:47:11 PM |
| **To:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **CC:** | Julie Ross [jross5@usfca.edu]; Scott Sidwell [sasidwell@usfca.edu] |
| **Subject:** | Re: ▓▓▓▓ |

Dear ▓▓▓▓▓▓▓▓

Thank you for your email and attached letter pertaining to ▓▓ non renewal of scholarship.

As the NCAA Faculty Athletics Representative, I meet with many student-athletes throughout the year regarding their educational experience and well-being. Students come to me directly, through their faculty academic advisor, their CASA Advisor (Center for Academic and Student Achievement), and through the Associate Athletics Director for Compliance and Student Services. In each instance, I meet with the student independently and discuss the specific experiences that they wish to address.

Julie Ross, the Associate Athletic Director for Compliance and Student Services recently asked if I would meet with ▓ to discuss his student-athlete experiences and concerns. As is the norm, she did not tell me a great deal more as I always want to hear directly from the student. ▓ and I are planned to meet alone tomorrow morning at 9:00am. Again, this is an independent meeting with the student and held outside of the athletic department.

However, given your very detailed letter, I think the immediate course of action is to have the Athletic Director involved directly at this time. I have spoken to Scott Sidwell, USF's Athletic Director, and he will contact you regarding the details of your letter. That is the appropriate first step in the review process.

Please be assured that as the Faculty Athletic Representative, I will follow up with Scott regarding this matter. He and I meet regularly as my institutional role is to provide independent reporting on athletics related matters to the University Athletic Oversight Board and the University President directly.

I am still happy to meet alone with ▓ tomorrow should he wish to.

Regards,

Jeremy

_____

Jeremy Howell, Ph.D.
NCAA Faculty Athletic Representative
Program Director & Professor
Collegiate Athletics+
Masters Program
MA 217
2130 Fulton St.
San Francisco, CA 94117
Office: 415-422-6875
Mobile: ▓▓▓▓▓▓▓▓▓▓
Email: howell@usfca.edu

On May 11, 2014, at 7:41 PM, ▇▇▇▇▇▇ wrote:

Ms Ross -

Thank you for your time and consideration regarding this matter. Please review the attached document and email your response to me at your earliest convenience.

We look forward to participating in the meeting that is scheduled for this coming Wednesday. Please confirm the time of the meeting and the teleconference procedures for us to call-in.

Thank you.



- USF Baseball Program Scholarship Status.pdf>