# MOTION EXHIBIT  26

# FILED UNDER SEAL



**Athletics**
415.422.6891 PHONE
415.422.2510 FAX

University of San Francisco The Rick and Therese Curotto Center • War Memorial Gymnasium 2130 Fulton Street, San Francisco CA 94117-1080  www.USFDons.com

July 6, 2009

Nino Giarratano
Head Coach – Baseball
University of San Francisco
Department of Athletics

Dear Nino:

In recognition of your team's academic achievements during the 2008-09 academic year, we are pleased to offer you a cash award of ▇▇▇▇.

Please note the following achievements which resulted in the indicated cash award:

Academic Bonus Awards:

| Results | 2008-09 | Goal/Range | Award |
|---|---|---|---|
| GPA: | 3.11 | 2.75 or above | |
| APR: | 932 | >WCC AVG: 954 | ▇ |
| Graduation Rate: | 41% | 70% or above | |
| Total: | | | ▇ |

You should anticipate this cash award in your direct deposit account during the month of July 2009.

The Athletic Department and I would like to acknowledge your dedication, commitment and leadership in developing an NCAA Division I Baseball program that strives to excel in both the academic and athletic arenas.

Sincerely,

William Weidner
Deputy Athletics Director
USF Athletics

cc: personnel file

USF1293