# MOTION EXHIBIT  28

# FILED UNDER SEAL

Message

_____

**From:**    Howell, Jeremy [heyjez@me.com]
**Sent:**    5/1/2014 10:01:56 PM
**To:**      Scott Sidwell [sasidwell@usfca.edu]
**Subject:** Re: ▮▮▮▮▮▮▮

Was it a full scholarship?
Why would Nino not renew a player after his freshman year?
Was he failing? It cannot simply be because he was not playing well.
I am always concerned when we ask a kid to come here, and then after 1 year, tell him we are cutting his funding to be here.
J

On May 1, 2014, at 2:44 PM, Julie Ross wrote:

Jeremy and Scott

I met with ▮▮▮▮▮ today.  He is a freshman baseball student-ahtlete who will be transferring to a Junior College or another Division I institution. ▮▮▮ had a positive USF experience and wants to play baseball.  However, Nino team informed him he would not be renewing his athletic scholarship for the 2014-2015 academic year. ▮▮▮ has no interest in appealing the non-renewal of athletic aid and has been provided a Permission to Contact letter.

Please let me know if you have any additional questions.

Best,

**Julie Ross** | Associate Athletic Director for Compliance and Student Services | University of San Francisco |War Memorial Gymnasium | 2130 Fulton Street | San Francisco, CA 94117 | **p:** (415) 422-4561 | **f:** (415) 422-2510
Please consider the environment before printing this e-mail
<Screen Shot 2013-08-29 at 8.56.03 AM[1][5].png>
<Screen Shot 2013-08-29 at 8.56.03 AM[1][5].png>

Confidential