# MOTION EXHIBIT 29

# FILED UNDER SEAL

Message

| | |
|---|---|
| **From:** | Nino Giarratano [giarratano@usfca.edu] |
| on behalf of | Nino Giarratano <giarratano@usfca.edu> [giarratano@usfca.edu] |
| **Sent:** | 5/13/2014 3:09:20 AM |
| **To:** | Scott Sidwell [sasidwell@usfca.edu] |
| **Subject:** | Re: non-renewals |

Scott,
Tomorrow is good for me.

Sent from my iPhone

On May 12, 2014, at 5:23 PM, Scott Sidwell <sasidwell@usfca.edu> wrote:

Nino

Let's discuss.  Seems like a big spike in non renewals.  I know we briefly discussed.  I'm concerned when I see a senior not renewed.

Let's find some time in the next couple of days.

Thanks

Scott

Sent from my iPhone

Begin forwarded message:

**From:** Julie Ross <jross5@usfca.edu>
**Date:** May 12, 2014 at 2:49:50 PM PDT
**To:** Scott Sidwell <sasidwell@usfca.edu>
**Subject: non-renewals**

Hi Scott,

Per our conversation today below is a list of the baseball non-renewals.

| sport | name | 14-15 year | scholarship |
|---|---|---|---|
| MBA | ██████ | 3 | 0.45 |
| MBA | ██████ | 3 | 0.25 |
| MBA | ██████ | 4 | 0.34 |
| MBA | ██████ | 2 | 0.50 |
| MBA | ██████ | 2 | 0.25 |
| MBA | ██████ | 2 | 0.61 |
| | | | 2.39 |

Julie Ross | Associate Athletic Director for Compliance and Student Services | University of San Francisco | War Memorial Gymnasium | 2130 Fulton Street | San Francisco, CA 94117 | p: (415) 422-4561 | f: (415) 422-2510
Please consider the environment before printing this e-mail
<Screen Shot 2013-08-29 at 8.56.03 AM[1][21].png>

<Screen Shot 2013-08-29 at 8.56.03 AM[1][21].png>

Confidential