# MOTION EXHIBIT 30

# FILED UNDER SEAL



**Baseball Analysis 2016**

I. Financial Assessment
  - Total Budget:
    o Operating Expense (includes team travel, recruiting, other general operating expense):
      FY13: ▇
      FY14: ▇
      FY15: ▇
      FY16: ▇ (Note: Additional ▇ in expenses was moved from operating to the baseball field capital project fund)
    o Benedetti Diamond Project: ▇
    o Stadium upkeep prior to renovation: ▇
    o Staff salaries (see below)
      FY13 Head Coach Salaries: ▇
      FY13 Asst Coach Salaries: ▇
      FY14 Head Coach Salaries: ▇
      FY14 Asst Coach Salaries: ▇
      FY15 Head Coach Salaries: ▇
      FY15 Asst Coach Salaries: ▇
      FY16 Head Coach Salaries: ▇
      FY16 Asst Coach Salaries: ▇
    o Financial Aid Cost
      FY13: ▇
      FY14: ▇
      FY15: ▇
      FY16: ▇
    o Equipment
      FY13: ▇
      FY14: ▇
      FY15: ▇
      FY16: ▇
    o Game Guarantees Expense
      FY13: ▇
      FY14: ▇
      FY15: ▇
      FY16: ▇
    o Cost Per Student Athlete
      FY13: ▇
      FY14: ▇
      FY15: ▇
      FY16: ▇

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    USF_0101896



- Game Guarantee Revenues
  - FY13: ███
  - FY14: ███
  - FY15: ███
  - FY16: ███
- Annual Contributions
  - FY13: ███
  - FY14: ███
  - FY15: ███
  - FY16: ███
- Ticket Sales Revenue
  - FY13: ███
  - FY14: ███
  - FY15: ███
  - FY16: ███

II. Staff Structure
- 2016-2017
  - Full Time
    - Head Coach: ███
      - Incentives up to an additional ███
    - Associate Head Coach: ███
    - Pitching Coach: ███
  - Volunteer: (Salary through camps)
    - Assistant Coach/Position
    - Director of Operations
    - Director of Player Development

### WCC Staff Structure Comparison

| School | Full Time | Volunteer | DOBO | Student Assistant(s) |
|---|---|---|---|---|
| Gonzaga | 3 | 2 | No | 1 |
| St. Mary's | 3 | 1 | No | 4 |
| Santa Clara | 3 | 2 | No | 1 |
| Pacific | 3 | 3 | No | 1 |
| Portland | 4 | | No | |
| BYU | 3 | 1 | Y =Admin Assistant | 1 |
| Pepperdine | 3 | 1 | No | 1 |
| LMU | 3 | 2 | Camp $ Position | |
| San Diego | 3 | 3 | Camp $ Position | 3 |
| USF | 3 | 3 | Camp $ Position | |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    USF_0101897

**SAN FRANCISCO DONS**
**Baseball Analysis 2016**

III. WCC Success 2010 – 2016

| School | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | Win | Loss |
|---|---|---|---|---|---|---|---|---|---|
| USD | 37-22 | 22-31 | 40-17 | 37-25 | 34-20 | 33-22 | 27-29 | 230 | 166 |
| Pepp | 24-30 | 22-34 | 36-23 | 27-24 | 43-18 | 32-29 | 29-24 | 213 | 182 |
| GU | 20-36 | 32-19 | 34-22 | 32-21 | 26-29 | 24-28 | 36-21 | 204 | 176 |
| BYU | n/a | n/a | 22-27 | 32-21 | 22-31 | 28-25 | 37-17 | n/a | n/a |
| LMU | 23-33 | 30-25 | 27-27 | 24-27 | 32-24 | 33-22 | 26-27 | 195 | 185 |
| SMC | 19-31 | 27-28 | 24-29 | 21-34 | 16-39 | 28-27 | 33-25 | 168 | 213 |
| Pac | n/a | n/a | n/a | n/a | 26-27 | 14-37 | 14-37 | n/a | n/a |
| SCU | 23-31 | 17-34 | 25-28 | 14-39 | 26-30 | 26-28 | 23-29 | 154 | 219 |
| UP | 34-18 | 24-30 | 27-28 | 18-36 | 11-41 | 12-42 | 17-37 | 143 | 232 |
| USF | 28-28$_4$ / 133 | 32-25 / NCAAs / 90 | 29-30$_{t3}$ / 161 | 35-24$_{t2}$ / NCAAs / 51 | 25-29$_8$ / 158 | 23-31$_5$ / L8 to finish / 163 | 22-34$_5$ / Construction / 141 | 194 | 201 |

Source: http://www.d1baseball.com/conferences/wcc.htm?utm_source=email&utm_medium=email&utm_campaign=dundee_share

Key:
- Red = WCC Champions
- Green subscript = Place Dons finished
- NCAAs = NCAA Bid
- Blue = RPI

IV. Greg Moore tenure at USF
- 2002 -2009
  - 2 WCC Championships ('05, '06)
  - 1 NCAA Bid ('06)
- 2010-2013
  - 1 WCC Championship ('11)
  - 2 NCAA Bids ('11, '13)

V. Academic Performance:
- GSR
  - 2008 (2014 grads) - 82
  - 2007 (2013 grads) - 64
  - 2006 (2012 grads) - 59
  - 2005 (2011 grads) - 68
  - 2004 (2010 grads) - 68
  - (source: http://web1.ncaa.org/GSRSearch/exec/searchSelectAction)

3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     USF_0101898

**San Francisco Dons Baseball Analysis 2016**

V. Academic Performance (cont):
- APR
    - 2014-15 - 941
    - 2013-14 - 961
    - 2012-13 - 965
    - 2011-12 - 971
    - 2010-11 - 979
    - (source: http://web1.ncaa.org/maps/aprRelease.jsp)

- GPA:
    - 2015-16 - 3.15
    - 2014-15 - 3.26
    - 2013-14 - 3.21
    - 2012-13 - 3.32
    - 2011-12 - 3.13
    - (source: 2012-16 was eligibility rosters, 2011-12 was an average per student-athletes' transcripts)

VI. Retention:
- Number of Baseball student-athletes since Fall 2011 that came to USF and either graduated or exhausted their eligibility at USF. (This number includes former student-athletes in professional baseball who are still close to the program and may come back to finish at some point, as well as graduate transfers who completed their master's degree at USF) - **50**

- Number of Baseball student-athletes since Fall 2011 that came to USF and either transferred to another school or left USF prior to graduating or exhausting eligibility - **38**

- "Please note that the data from 2013 - 2016 came from JumpForward and I am very confident in its accuracy. The data for 2011-2013 came from the NCAA Compliance Assistant application, and I am less confident in its accuracy." Ryan Merz

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Baseball Analysis 2016

VII. NCAA Violations
- 11/8/13 Two prospective student-athletes on an official visit had impermissible, on and off campus
- representative of athletics interest.
- 11/20/13 The University of San Francisco Baseball team held 6 inter squad scrimmages outside their declared fall season.
- 9/24/14 Assistant baseball coach, Seth Etherton, paid for the meal of an individual whom coaches prospective student-athletes.
- 11/10/14 Four USF student-athletes participated in a community-service project as part of their service-learning class without prior written-permission from the Athletic Director.
- 2/12/15 On two occasions, Nino, allowed two student-athletes to continue to participate in CARA with baseball program after the student-athletes were cut from the roster.
- 2/13/15 Joe Slater, the director of baseball operations, provided hard tickets, not on a passlist, to an away game to two fathers of current baseball student-athletes.
- 5/3/15 Joe Slater, the director of operations for baseball, provided a recruit and his father admission to a home game, during an official visit, and the recruit and father were not on a passlist.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    USF_0101900