# MOTION EXHIBIT 31

# FILED UNDER SEAL

| | |
|---|---|
| **To:** | Scott Sidwell[sasidwell@usfca.edu]; Jeremy Howell[howell@usfca.edu] |
| **From:** | Julie Ross[jross5@usfca.edu] |
| **Sent:** | Mon 5/19/2014 8:20:10 AM (UTC-07:00) |
| **Subject:** | FW: Medical DQs |

Scott and Jeremy,

Below is an email from Doug regarding my inquiry for medical disqualifications for ▆▆▆▆ and ▆▆▆▆▆▆▆. Per Doug's email, they do not qualify for a medical disqualification.

Julie Ross | Associate Athletic Director for Compliance and Student Services | University of San Francisco | War Memorial Gymnasium | 2130 Fulton Street | San Francisco, CA 94117 | p: (415) 422-4561 | f: (415) 422-2510
Please consider the environment before printing this e-mail

On 5/17/14, 7:29 AM, "Doug Padron" <dcpadron@usfca.edu> wrote:

>Good morning Julie,
>
>I spoke to Ron yesterday, after reviewing the medical records we found
>there is not enough information to support the DQs.
>
>Both guys were cleared to participate by our physicians and specialists.
>We would have to create new medical issues for both of them. Which is
>not appropriate.
>
>I was hoping we could get this done. Please let me know if you have any
>additional questions.
>
>Doug
>
>Sent from my iPhone

Confidential

USF_0020585