# MOTION EXHIBIT 32

# FILED UNDER SEAL

**Date:** Thu, 9 Dec 2021 10:07:38 AM -0800
**Sent:** Thu, 9 Dec 2021 10:07:34 AM -0800
**Subject:** Re: Baseball Roster Cuts
**From:** Jeremy W Howell <howell@usfca.edu>
**To:** Joan Mcdermott <jmcdermott2@usfca.edu>;

---

On Dec 7, 2021, at 12:42 PM, Joan McDermott <jmcdermott2@usfca.edu> wrote:

I agree completely.

Sent from my iPad

> On Dec 7, 2021, at 10:28 AM, Jeremy W Howell <howell@usfca.edu> wrote:
>
> I'm reaching out too.
>
> Forced to leave to play or kicked off roster if you stay (even if baseball has to eat scholarships) is the EXACT false choice that Father Paul brought up with me yesterday. For the kids it's a bad or worse choice.
>
> They were recruited, so coach them.
> This might be is a bit of a test case for athletics.
>
> I will also meet the students and explain to them the appeals process and the institutional position as directly articulated by Father Paul yesterday. Unless I'm hearing something different from Jim, they'll win.
> J
>
>> On Dec 7, 2021, at 10:07 AM, Jim Campbell <jcampbell6@usfca.edu> wrote:
>>
>> Hello Joan and Jeremy,
>>
>> [redacted] emailed me back and forth discussing how his scholarship could be canceled. Neither him or any of the other scholarship students have done anything that could result in having their scholarships cut, including entering the transfer portal. None of these students are on the portal, and Nino has written on the drop form that [redacted] and [redacted] are planning to attend JC in the spring.
>>
>> Please let me know how I can be of further help.
>>
>> Thank you,
>>
>> On Tue, Dec 7, 2021 at 10:03 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:
>> Jim,

Thank you for sending their contact information. I plan on reaching out to the three scholarship student athletes. I do not approve cutting those athletes. Jim, which one called you?

Joan

On Tue, Dec 7, 2021 at 9:48 AM Jim Campbell <jcampbell6@usfca.edu> wrote:
Hi Joan and Jeremy,

Below are the students baseball is planning to cut after the Fall semester and their contact info to set up FAR meetings.
[redacted] Nonscholarship freshman - [redacted]

[redacted] - Scholarship freshman - [redacted]

[redacted] - Nonscholarship upperclassman. Retiring from baseball to focus on getting into law school - [redacted]

[redacted] - Scholarship student- [redacted]

[redacted] - scholarship grad transfer - staying to finish Sport Management - [redacted]

[redacted] - Scholarship Student- [redacted]

Please let me know if you need anything else.

Best,

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [redacted]

--

Joan McDermott
Director of Athletics
University of San Francisco
War Memorial at the Sobrato Center
2130 Fulton St. I San Francisco, CA 94117
jmcdermott2@usfca.edu
(O) 415-422-6623 I (C) [redacted]
www.usfdons.com

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell-

Protective Order
USF1759

**Date:** Tue, 7 Dec 2021 1:33:53 PM -0800
**Sent:** Tue, 7 Dec 2021 1:33:49 PM -0800
**Subject:** Re: Baseball Roster Cuts
**From:** Jeremy W Howell <howell@usfca.edu>
**To:** Joan McDermott <jmcdermott2@usfca.edu>;

---

In Orange County today - back tomorrow afternoon. Keep me in loop.
Doing right by coaches and kids such a balancing act. I do not envy the AD role 😩 I do think we are doing the right thing with those we have discussed though. They have real lives.

On Dec 7, 2021, at 12:42 PM, Joan McDermott <jmcdermott2@usfca.edu> wrote:

I agree completely.

Sent from my iPad

On Dec 7, 2021, at 10:28 AM, Jeremy W Howell <howell@usfca.edu> wrote:

I'm reaching out too.

Forced to leave to play or kicked off roster if you stay (even if baseball has to eat scholarships) is the EXACT false choice that Father Paul brought up with me yesterday. For the kids it's a bad or worse choice.

They were recruited, so coach them.
This might be is a bit of a test case for athletics.

I will also meet the students and explain to them the appeals process and the institutional position as directly articulated by Father Paul yesterday. Unless I'm hearing something different from Jim, they'll win.
J

On Dec 7, 2021, at 10:07 AM, Jim Campbell <jcampbell6@usfca.edu> wrote:

Hello Joan and Jeremy,

[REDACTED] emailed me back and forth discussing how his scholarship could be canceled. Neither him or any of the other scholarship students have done anything that could result in having their scholarships cut, including entering the transfer portal. None of these students are on the portal, and Nino has written on the drop form that [REDACTED] and [REDACTED] are planning to attend JC in the spring.

Please let me know how I can be of further help.

Thank you,

On Tue, Dec 7, 2021 at 10:03 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:
Jim,

Thank you for sending their contact information. I plan on reaching out to the three scholarship student athletes. I do not approve cutting those athletes. Jim, which one called you?

Joan

On Tue, Dec 7, 2021 at 9:48 AM Jim Campbell <jcampbell6@usfca.edu> wrote:
Hi Joan and Jeremy,

Below are the students baseball is planning to cut after the Fall semester and their contact info to set up FAR meetings.
[REDACTED] - Nonscholarship freshman - [REDACTED]

[REDACTED] - Scholarship freshman - [REDACTED]

[REDACTED] - Nonscholarship upperclassman. Retiring from baseball to focus on getting into law school - [REDACTED]

[REDACTED] - Scholarship student- [REDACTED]

[REDACTED] - scholarship grad transfer - staying to finish Sport Management - [REDACTED]

[REDACTED] - Scholarship Student- [REDACTED]

Please let me know if you need anything else.

Best,

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [REDACTED]

--

Joan McDermott
Director of Athletics
University of San Francisco
War Memorial at the Sobrato Center
2130 Fulton St. I San Francisco, CA 94117
jmcdermott2@usfca.edu
(O) 415-422-6623 I (C) [REDACTED]
www.usfdons.com

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [redacted]

Protective Order
USF1762

**Date:** Tue, 7 Dec 2021 12:42:10 PM -0800
**Sent:** Tue, 7 Dec 2021 12:42:09 PM -0800
**Subject:** Re: Baseball Roster Cuts
**From:** Joan McDermott <jmcdermott2@usfca.edu>
**To:** Jeremy W Howell <howell@usfca.edu>;

---

I agree completely.

Sent from my iPad

On Dec 7, 2021, at 10:28 AM, Jeremy W Howell <howell@usfca.edu> wrote:

I'm reaching out too.

Forced to leave to play or kicked off roster if you stay (even if baseball has to eat scholarships) is the EXACT false choice that Father Paul brought up with me yesterday. For the kids it's a bad or worse choice.

They were recruited, so coach them.
This might be is a bit of a test case for athletics.

I will also meet the students and explain to them the appeals process and the institutional position as directly articulated by Father Paul yesterday. Unless I'm hearing something different from Jim, they'll win.
J

On Dec 7, 2021, at 10:07 AM, Jim Campbell <jcampbell6@usfca.edu> wrote:

Hello Joan and Jeremy,

[REDACTED] emailed me back and forth discussing how his scholarship could be canceled. Neither him or any of the other scholarship students have done anything that could result in having their scholarships cut, including entering the transfer portal. None of these students are on the portal, and Nino has written on the drop form that [REDACTED] and [REDACTED] are planning to attend JC in the spring.

Please let me know how I can be of further help.

Thank you,

On Tue, Dec 7, 2021 at 10:03 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:
Jim,

Thank you for sending their contact information. I plan on reaching out to the three scholarship student athletes. I do not approve cutting those athletes. Jim, which one called you?

Joan

On Tue, Dec 7, 2021 at 9:48 AM Jim Campbell <jcampbell6@usfca.edu> wrote:

Hi Joan and Jeremy,

Below are the students baseball is planning to cut after the Fall semester and their contact info to set up FAR meetings.

[REDACTED] - Nonscholarship freshman - [REDACTED]

[REDACTED] - Scholarship freshman - [REDACTED]

[REDACTED] - Nonscholarship upperclassman. Retiring from baseball to focus on getting into law school - [REDACTED]

[REDACTED] - Scholarship student- [REDACTED]

[REDACTED] - scholarship [REDACTED]

[REDACTED] - Scholarship Student- [REDACTED]

Please let me know if you need anything else.

Best,

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [REDACTED]

--

Joan McDermott
Director of Athletics
University of San Francisco
War Memorial at the Sobrato Center
2130 Fulton St. I San Francisco, CA 94117
jmcdermott2@usfca.edu
(O) 415-422-6623 I [REDACTED]
www.usfdons.com

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [REDACTED]

**Date:** Tue, 7 Dec 2021 10:28:51 AM -0800
**Sent:** Tue, 7 Dec 2021 10:28:47 AM -0800
**Subject:** Re: Baseball Roster Cuts
**From:** Jeremy W Howell <howell@usfca.edu>
**To:** Joan Mcdermott <jmcdermott2@usfca.edu>;

I'm reaching out too.

Forced to leave to play or kicked off roster if you stay (even if baseball has to eat scholarships) is the EXACT false choice that Father Paul brought up with me yesterday. For the kids it's a bad or worse choice.

They were recruited, so coach them.
This might be is a bit of a test case for athletics.

I will also meet the students and explain to them the appeals process and the institutional position as directly articulated by Father Paul yesterday. Unless I'm hearing something different from Jim, they'll win.
J

On Dec 7, 2021, at 10:07 AM, Jim Campbell <jcampbell6@usfca.edu> wrote:

Hello Joan and Jeremy,

[REDACTED] emailed me back and forth discussing how his scholarship could be canceled. Neither him or any of the other scholarship students have done anything that could result in having their scholarships cut, including entering the transfer portal. None of these students are on the portal, and Nino has written on the drop form that [REDACTED] and [REDACTED] are planning to attend JC in the spring.

Please let me know how I can be of further help.

Thank you,

On Tue, Dec 7, 2021 at 10:03 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:
Jim,

Thank you for sending their contact information. I plan on reaching out to the three scholarship student athletes. I do not approve cutting those athletes. Jim, which one called you?

Joan

On Tue, Dec 7, 2021 at 9:48 AM Jim Campbell <jcampbell6@usfca.edu> wrote:
Hi Joan and Jeremy,

Below are the students baseball is planning to cut after the Fall semester and their contact info to set up FAR meetings.
[REDACTED] - Nonscholarship freshman - [REDACTED]

[REDACTED] - Scholarship freshman - [REDACTED]

[REDACTED] - Nonscholarship upperclassman. Retiring from baseball to focus on getting into law school - [REDACTED]

- Scholarship student-

- scholarship grad transfer - staying to finish Sport Management -

- Scholarship Student-

Please let me know if you need anything else.

Best,

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell-

--

Joan McDermott
Director of Athletics
University of San Francisco
War Memorial at the Sobrato Center
2130 Fulton St. I San Francisco, CA 94117
jmcdermott2@usfca.edu
(O) 415-422-6623 I (C)
www.usfdons.com

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell-

**Date:** Tue, 7 Dec 2021 10:07:23 AM -0800
**Sent:** Tue, 7 Dec 2021 10:07:09 AM -0800
**Subject:** Re: Baseball Roster Cuts
**From:** Jim Campbell <jcampbell6@usfca.edu>
**To:** Joan McDermott <jmcdermott2@usfca.edu>;
**CC:** Jeremy W Howell <howell@usfca.edu>;

---

Hello Joan and Jeremy,

[REDACTED] emailed me back and forth discussing how his scholarship could be canceled. Neither him or any of the other scholarship students have done anything that could result in having their scholarships cut, including entering the transfer portal. None of these students are on the portal, and Nino has written on the drop form that [REDACTED] and [REDACTED] are planning to attend JC in the spring.

Please let me know how I can be of further help.

Thank you,

On Tue, Dec 7, 2021 at 10:03 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:
Jim,

Thank you for sending their contact information. I plan on reaching out to the three scholarship student athletes. I do not approve cutting those athletes. Jim, which one called you?

Joan

On Tue, Dec 7, 2021 at 9:48 AM Jim Campbell <jcampbell6@usfca.edu> wrote:
Hi Joan and Jeremy,

Below are the students baseball is planning to cut after the Fall semester and their contact info to set up FAR meetings.
[REDACTED] - Nonscholarship freshman - [REDACTED]

[REDACTED] - Scholarship freshman - [REDACTED]

[REDACTED] - [REDACTED]

[REDACTED] - Scholarship student- [REDACTED]

[REDACTED] - scholarship grad transfer - staying to finish Sport Management - [REDACTED]

[REDACTED] - Scholarship Student- [REDACTED]

Please let me know if you need anything else.

Best,

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [redacted]

--

Joan McDermott
Director of Athletics
University of San Francisco
War Memorial at the Sobrato Center
2130 Fulton St. I San Francisco, CA 94117
jmcdermott2@usfca.edu
(O) 415-422-6623 I [redacted]
www.usfdons.com

--

Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell- [redacted]