# MOTION EXHIBIT 33

# FILED UNDER SEAL

Message

**From:** Jeremy W Howell [howell@usfca.edu]
**Sent:** 6/4/2021 7:07:44 PM
**To:** Joan McDermott [jmcdermott2@usfca.edu]
**CC:** Jim Campbell [jcampbell6@usfca.edu]
**Subject:** Re: notification of transfer submitted by University of San Francisco

COVID done a number for sure. Having said that we need to keep an eye on graduation rates - precovid baseball only 43%.

On Jun 4, 2021, at 11:46 AM, Joan McDermott <jmcdermott2@usfca.edu> wrote:

It's unfortunate he is leaving. Good kid and player. I think another Covid situation.

Sent from my iPhone

On Jun 4, 2021, at 11:19 AM, Jim Campbell <jcampbell6@usfca.edu> wrote:

Hi Joan and Jeremy,

Freshman scholarship baseball student, ███████ has placed himself on the portal. He stated that he did not like living in the city and wanted to find a college better fit for him.

Best,

---------- Forwarded message ---------
From: <transfer@ncaa.org>
Date: Fri, Jun 4, 2021 at 11:16 AM
Subject: notification of transfer submitted by University of San Francisco
To: <jcampbell6@usfca.edu>



The compliance office for University of San Francisco has submitted a notification of transfer for:

Student Name:        ███████
NCAA ID:             ███████
Sport(s):            **Baseball**
Institution:         **University of San Francisco**

The student-athlete's information is now visible on the NCAA Transfer Portal for any NCAA coaches to contact the student-athlete about transferring. As a reminder, the student-athlete should contact the compliance office if the student-athlete wants the notification of transfer withdrawn or for the compliance office to designate if the student-athlete does not want contacted by coaches.
[THIS IS AN AUTOMATED MESSAGE - PLEASE DO NOT REPLY DIRECTLY TO THIS EMAIL]


--
Jim Campbell
Associate AD, Compliance & Student Services
Work- 415-422-6741
Cell-