# MOTION EXHIBIT 34

# FILED UNDER SEAL

Message

**From:** Diane Lynn Nelson [dlnelson3@usfca.edu]
**on behalf of** Diane Lynn Nelson <dlnelson3@usfca.edu> [dlnelson3@usfca.edu]
**Sent:** 3/23/2022 4:14:19 PM
**To:** Donna Jean Davis [davisdj@usfca.edu]
**Subject:** attorney client privilege FW: Attorney Client Privilege

Thank you,
Diane

**Diane L. Nelson**
**Assistant Vice President**
**Human Resources**
**University of San Francisco**
415-422-2441
Dlnelson3@usfca.edu
**VISIT OUR HR COVID-19 RESOURCE PAGE**

*Human Resources: Our mission is supporting yours*

# WITHHELD-PRIVILEGED

Confidential                                                                                     USF_0015184

# WITHHELD-PRIVILEGED

**From:** Joan McDermott <jmcdermott2@usfca.edu>
**Sent:** Thursday, March 17, 2022 9:52 AM
**To:** Diane Lynn Nelson <dlnelson3@usfca.edu>
**Subject:** Fwd: URGENT MEETING REQUEST

Here you go...

Sent from my iPad

Begin forwarded message:

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** May 30, 2021 at 9:47:47 AM PDT
**To:** jmcdermott2@usfca.edu
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject: URGENT MEETING REQUEST**
**Reply-To:** ▮▮▮▮▮▮▮▮▮▮▮▮

Joan,

▮▮▮▮▮▮▮▮▮▮ and myself request an urgent in person meeting with you this week.

▮▮▮▮▮▮▮▮▮▮



Confidential

USF_0015186