# REPLY EXHIBIT 2

**Subject:** Letter From Baseball team
**Date:** Tuesday, May 24, 2022 at 2:18:56 PM Pacific Daylight Time
**From:** 
**To:** jmcdermott2@usfca.edu
**Attachments:** Screen Shot 2022-05-24 at 2.13.42 PM.png

Hello Mrs. Mcdermott,

I hope you are doing well. I thought I should inform you about the letter that you may or may not have received from "the baseball team" about keeping G's name in good standing as well as implying how all of the team would leave if Coach Keplinger were to leave and how he must be kept on as a part of the staff. This letter that was "signed" by a good chunk of the team should be completely null and void. Our signing of this "confidential" letter was not confidential at all. We were completely coerced into signing it and when half the team did not want to do it we were texted this message below as well as called by this individual infuriated asking us "why have you not signed this? Do you even care about the team? The leaders of the team will know how much you care if you just sign it." Now I can't speak for everyone about getting a phone call like this other than for myself,  who is on the team as well as one of my roommates. I just thought you should be privy to this information.

MASA 

May 9, 2022 at 9:45 AM

 Yo only 19 dudes have gone in and signed the letter that was written for us to be blasted out to the public. We can't proceed anything if we only have 19 people that have signed it. If you haven't seen the letter, it is from ▮▮▮▮▮ and it is in your email. You have to docusign it and it takes 30 seconds max. It's optional but there are no repercussions to signing it

**Subject:** Re: Letter From Baseball team
**Date:** Saturday, May 28, 2022 at 5:22:37 PM Pacific Daylight Time
**From:** ▮▮▮▮▮▮▮▮
**To:** Joan McDermott
**Attachments:** image0.png, image1.png, Screen Shot 2022-05-24 at 2.13.42 PM.png, ATT00004.txt

Sent from my iPhone

> On May 26, 2022, at 9:02 AM, ▮▮▮▮▮▮▮▮ wrote:
>
> Unfortunately I don't have access to the letter any more it was sent through a DocuSign program by ▮▮▮▮▮ ▮▮▮▮▮ I feel comfortable on this team for the most part I just thought the administration would have seen this letter and wanted to set the record straight.
>
> Sent from my iPhone
>
>> On May 25, 2022, at 11:27 AM, Joan McDermott <jmcdermott2@usfca.edu> wrote:
>>
>> ▮▮
>>
>> ▮▮▮▮▮ are valuable members of the baseball team. We will get this cleaned up so hang in there.
>>
>> If you are comfortable, please send me a copy of the letter.
>>
>> Joan
>>
>> Sent from my iPad
>>
>>>> On May 25, 2022, at 8:27 AM, Joan McDermott <jmcdermott2@usfca.edu> wrote:
>>>
>>> ▮▮
>>>
>>> Thank you for letting me know about this situation. I am so sorry you are being put in this situation. I am including Frank and Pop in this email. They will both be around the team so if you need anything let them know.
>>>
>>> I saw that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Are you sure you want to transfer?
>>>
>>> JM
>>>
>>> Sent from my iPad
>>>
>>>>> On May 24, 2022, at 2:19 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>>>>
>>>>
>>>> Hello Mrs. Mcdermott,
>>>>
>>>> I hope you are doing well. I thought I should inform you about the letter that you may or may not have received from "the baseball team" about keeping G's name in good standing as well as implying how all of the team would leave if Coach Keplinger were to leave and how he must be kept on as a part of the staff. This letter that was "signed"

by a good chunk of the team should be completely null and void. Our signing of this "confidential" letter was not confidential at all. We were completely coerced into signing it and when half the team did not want to do it we were texted this message below as well as called by this individual infuriated asking us "why have you not signed this? Do you even care about the team? The leaders of the team will know how much you care if you just sign it." Now I can't speak for everyone about getting a phone call like this other than for myself, ███████████████████ ███████████████. I just thought you should be privy to this information.

Done   🔒 na2.docusign.net   AA   ↻

☰   This document is now complete.   **CLOSE**

DocuSign Envelope ID: 9C4CE9FB-422E-4D21-812C-4ED7132939AD

**WE** are the **PROUD** members of the 2022 USF Dons Baseball Team!   As teammates and as a family, we feel it is time to speak up and be heard regarding the **true culture** of our baseball program.  We have been let down, disappointed and lied to – and we will no longer stay silent.

Since December 2021, we have:
- Lost our Head Coach and leader, Coach Giarratano
- Lost an Assistant Coach
- Endured the scrutiny of the USF administration, including interrogations by USF Title IX representatives
- Felt the disdain of fellow classmates and other student-athletes

What have we not gotten?  We have **NOT** gotten unconditional support from our University and its staff and leadership.

The 2022 Baseball season has been tumultuous and traumatizing, both on the field and in the classroom.  Our emotions have run the gamut from anger to disbelief to profound loss.  Our stress levels have skyrocketed.  Through it all, we have supported one another and stood strongly behind Interim Coach Keplinger and his staff.  Our veteran players have stepped up and mentored the underclassmen to the best of their abilities.  Their encouragement, guidance and leadership helped our tremendous staff stay focused on the task at hand.  Yet we still want our collective voice to be heard as a way to right the wrongs we have experienced at the hands of the USF administration.

It's paramount to understand that as student-athletes, we take our commitment to represent USF quite seriously.  During recruiting, the importance of TEAM over ME was continuously stressed.  The importance of becoming not only the best baseball players, but the best MEN we could be.  Coach G had high expectations of his players – work hard and earn your place on the team.  By his example, he taught us to represent the Dons with character and integrity on and off campus.  We always felt his 100% support.  He taught us to become productive, caring members of society.   You need look no further than his past players who have gone on to lead highly successful lives, both professionally and personally, to know this lesson has been learned well.

It's not our role to address the recent lawsuit filed against Coach G, the NCAA and USF.  But let's be clear – there are two sides to every story and only one side has been amplified.  Priority seems to have been given to the few instead of the many.  The many – who continue to proudly represent the Dons on and off the field – and exhibit loyalty, character and respect for the school every time they wear the colors of USF.

We share the following quote because it is consistent with what we learned from Coach G – and can be applied to baseball and life:

> *There are a lot of things that oppose us in this life. Starting with gravity, we are held down by so many things: other people, bad luck, unfavorable odds, and god knows what else. We struggle to get ahead. We struggle to realize our potential. We run into so many obstacles. But our biggest obstacle, our most dangerous opponent, is anger.  **Our own. And other people's**.* -Ryan Holiday

**WE**, the **PROUD** members of the 2022 USF Baseball Team, want to see the wrongs done this season made right.  We deserve to be heard, seen and validated.  We want to see the following occur publicly:

Players - Final Letter.docx                                                                                              1 of 2

DocuSign Envelope ID: 9C4CE9FB-422E-4D21-812C-4ED7132939AD

1. Listen to us and allow us to tell the **true story** of the culture of USF Baseball as cultivated Coach G.  Do not take as "the truth" the rantings of the John Doe's in the lawsuit.  Let us our stories of the REAL experience we have had as Dons Baseball players. Let us be public heard!
2. Get tangible support and recognition from the USF Administration! This does not mean having unknown counselors available via a 1-800 phone line. It means meeting with us and telling us

<   >   ⬆   🧭

Confidential

PROTECTIVE ORDER USF6854

USF_0115362



Confidential

PROTECTIVE ORDER USF6855

USF_0115363

**Subject:** Re: Letter From Baseball team
**Date:** Wednesday, May 25, 2022 at 8:54:08 AM Pacific Daylight Time
**From:** ▮
**To:** Joan McDermott

On Wed, May 25, 2022 at 8:27 AM Joan McDermott <jmcdermott2@usfca.edu> wrote:

Thank you for letting me know about this situation. I am so sorry you are being put in this situation. I am including Frank and Pop in this email. They will both be around the team so if you need anything let them know.

I saw that ▮ Are you sure you want to transfer?

JM

Sent from my iPad

> On May 24, 2022, at 2:19 PM, ▮ wrote:
>
>
> Hello Mrs. Mcdermott,
>
> I hope you are doing well. I thought I should inform you about the letter that you may or may not have received from "the baseball team" about keeping G's name in good standing as well as implying how all of the team would leave if Coach Keplinger were to leave and how he must be kept on as a part of the staff. This letter that was "signed" by a good chunk of the team should be completely null and void. Our signing of this "confidential" letter was not confidential at all. We were completely coerced into signing it and when half the team did not want to do it we were texted this message below as well as called by this individual infuriated asking us "why have you not signed this? Do you even care about the team? The leaders of the team will know how much you care if you just sign it." Now I can't speak for everyone about getting a phone call like this other than for myself, ▮ as well as one of my roommates. I just thought you should be privy to this information.
>