# REPLY EXHIBIT 17

# Squad List Report

| | | |
|---|---|---|
| **Report Date:** 7/20/2022 | | **Academic Year:** 2019-2020 |
| **Institution:** University of San Francisco | | **Sport:** Men's Baseball |
| **City/State:** San Francisco, CA | | **Maximum Eqivalency Grants Permitted:** 0.00 |
| | | **Maximum HeadCount Grants Permitted:** 0.00 |

First Contest of the CHAMPIONSHIP Segment:

First Contest of the NONCHAMPIONSHIP Segment:

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Term First Enrolled | | | | | | | | | | | | | | | | |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| ▇▇▇ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | C | TBD | 0.00 |
| ▇▇▇ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | | | 0.00 |
| ▇▇▇ | Y | Y | F-17 | F-19 | 0 | 2 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.25 | | | 0.25 |
| ▇▇▇ | Y | Y | F-15 | F-17 | 2 | 3 | Yes | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.55 | | | 0.55 |
| ▇▇▇ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.30 | | | 0.30 |
| ▇▇▇ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | | | 0.00 |
| ▇▇▇ | Y | Y | F-18 | F-18 | 1 | 1 | No | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | | | 0.00 |
| ▇▇▇ | Y | Y | F-15 | F-16 | 2 | 3 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.40 | | | 0.40 |
| ▇▇▇ | Y | Y | F-17 | F-19 | 0 | 2 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.77 | | | 0.70 |

| Name | Status of Student | | Term First Enrolled | | | | | | Financial Aid | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Eligible to compete | | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| | F | S | | | | | | | | | | | | | | | | | | |
| ▆ | Y | Y | F-18 | F-18 | 1 | 1 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | | | 0.25 |
| ▆ | Y | Y | F-16 | F-18 | 1 | 3 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.50 | | | 0.50 |
| ▆ | Y | Y | F-17 | F-17 | 2 | 1 | Yes | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.40 | | | 0.40 |
| ▆ | Y | Y | F-17 | F-17 | 2 | 1 | Yes | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | | | 0.25 |
| ▆ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.50 | | | 0.50 |
| ▆ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | | | 0.25 |
| ▆ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ▆ | Y | Y | F-17 | F-17 | 2 | 2 | Yes | Yes | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ▆ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ▆ | Y | Y | F-18 | F-18 | 1 | 0 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ▆ | Y | Y | F-16 | F-18 | 1 | 3 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.71 | | | 0.71 |
| ▆ | Y | Y | F-18 | F-18 | 1 | 0 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |

CONFIDENTIAL

USF_0000805

| Name | Eligible to compete | | Term First Enrolled | | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | S | Any Institution | Your Institution | | | | | | | | | | | | | | | | |
| ▓▓ | Y | Y | F-16 | F-18 | 1 | 3 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.72 | | | 0.72 |
| ▓▓ | N | N | F | F | 0 | 0 | No | No | N/A | ▓ | ▓ | ▓ | No | ▓ | | | 0 | | | 0.00 |
| ▓▓ | Y | Y | F-16 | F-18 | 1 | 3 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.72 | | | 0.66 |
| ▓▓ | Y | Y | F-16 | F-16 | 2 | 3 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.75 | | | 0.34 |
| ▓▓ | Y | Y | F-17 | F-17 | 2 | 2 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓▓ | Y | Y | F-16 | F-16 | 0 | 0 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | | | 0.00 |
| ▓▓ | Y | Y | F-19 | F-19 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓▓ | Y | Y | F-17 | F-19 | 0 | 2 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓▓ | Y | Y | F-16 | F-16 | 2 | 3 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | | | 0.00 |
| ▓▓ | Y | Y | F-16 | F-16 | 2 | 3 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.71 | | | 0.71 |
| ▓▓ | Y | Y | F-17 | F-18 | 1 | 2 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.60 | | | 0.60 |
| ▓▓ | Y | Y | F-15 | F-17 | 2 | 3 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.50 | | | 0.50 |
| ▓▓ | Y | Y | F-18 | F-18 | 1 | 0 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |

| Name | Status of Student | | Term First Enrolled | | | | | | Financial Aid | | | | | | Countable Players | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Eligible to compete | | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| | F | S | | | | | | | | | | | | | | | | | | |
| ▮▮ | Y | Y | F-17 | F-17 | 2 | 2 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.50 | | | 0.50 |
| ▮▮ | Y | Y | F-16 | F-16 | 2 | 3 | Yes | Yes | FY | ▮ | | | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮▮ | Y | Y | F-17 | F-17 | 2 | 2 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.55 | | | 0.55 |
| | | | | | | | | | | Total | Total | | | Total | Total | Total | | | Total | |
| Squad List Totals | | | | | | | | | | ▮ | | ▮ | | | 0 | 25 | 11.43 | | | 10.89 |

Form Completed By: _____ Title: _____ Telephone: _____ Date: _____

Form approved by: _____ Date: _____

Director of Athletics Signature: _____ Date: _____

Head Coach's Signature: _____ Date: _____

Additional Signature: _____ Title: _____

Additional Signature: _____ Title: _____

**Required by Bylaw 15.5.10.2. File in director of athletics' office.**