# REPLY EXHIBIT 18

# Squad List Report

| | | |
|---|---|---|
| **Report Date:** 7/20/2022 | | **Academic Year:** 2020-2021 |
| **Institution:** University of San Francisco | | **Sport:** Men's Baseball |
| **City/State:** San Francisco, CA | | **Maximum Eqivalency Grants Permitted:** 11.70 |
| | | **Maximum HeadCount Grants Permitted:** 0.00 |
| | | **First Contest of the CHAMPIONSHIP Segment:** |
| | | **First Contest of the NONCHAMPIONSHIP Segment:** |

| Name | Eligible to compete F | Eligible to compete S | Status of Student - Term First Enrolled - Any Institution | Status of Student - Term First Enrolled - Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Financial Aid - Amount of Athletics Grant | Financial Aid - Amount of Other Countable Aid | Financial Aid - Total Countable Aid | Exempt | Countable Players - Full Grant amount | Countable Players - Initial | Countable Players - Overall | Countable Players - Equivalent award | Change in Status - Reason | Change in Status - Date | Revenue Dist Only - Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | Y | Y | F-19 | F-19 | 1 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ■ | Y | Y | F-17 | F-20 | 0 | 1 | No | No | N/A | ■ | ■ | ■ | No | ■ | | | 0 | R | TBD | 0.00 |
| ■ | Y | Y | F-15 | F-17 | 3 | 3 | Yes | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.68 | | | 0.68 |
| ■ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.73 | O | TBD | 0.73 |
| ■ | Y | Y | F-17 | F-20 | 0 | 1 | No | No | FY | ■ | ■ | ■ | No | ■ | | | 0.00 | | | 0.00 |
| ■ | Y | Y | F-19 | F-19 | 1 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.27 | R | TBD | 0.27 |
| ■ | Y | Y | F-16 | F-20 | 0 | 3 | No | No | N/A | ■ | ■ | ■ | No | ■ | | | 0 | O | TBD | 0.00 |
| ■ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | O | TBD | 0.25 |
| ■ | Y | Y | F-17 | F-19 | 1 | 2 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.75 | | | 0.75 |
| ■ | Y | Y | F-18 | F-18 | 2 | 1 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | | | 0.25 |

| Name | Eligible to compete | | Status of Student - Term First Enrolled | | Financial Aid | | | | | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | Yes | ▇ | | | 0.00 | R | TBD | 0.00 |
| ▇ | N | N | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | 35▇0 | No | ▇ | | X | 0.50 | O | TBD | 0.50 |
| ▇ | Y | Y | F-17 | F-17 | 3 | 1 | Yes | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.40 | | | 0.40 |
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.25 | O | TBD | 0.25 |
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.30 | O | TBD | 0.30 |
| ▇ | Y | Y | F-17 | F-17 | 3 | 1 | Yes | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.50 | | | 0.50 |
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.55 | | | 0.55 |
| ▇ | Y | Y | F-19 | F-19 | 1 | 0 | No | No | FY | ▇ | | | Yes | ▇ | | | 0.00 | | | 0.00 |
| ▇ | Y | Y | F-17 | F-17 | 3 | 2 | Yes | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | | | 0.00 |
| ▇ | Y | Y | F-19 | F-19 | 1 | 0 | No | No | FY | ▇ | | | No | ▇ | | | 0.00 | | | 0.00 |
| ▇ | Y | Y | F-18 | F-18 | 2 | 0 | No | Yes | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | | | 0.00 |
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | X | 0.40 | O | TBD | 0.40 |
| ▇ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▇ | ▇ | ▇ | No | ▇ | | | 0.00 | O | TBD | 0.00 |

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Term First Enrolled | | | | | | | | | | | | | | | | | |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| ▓ | Y | Y | F-18 | F-18 | 2 | 0 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | | | 0.00 |
| ▓ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | R | TBD | 0.00 |
| ▓ | Y | Y | F-16 | F-18 | 2 | 3 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.65 | | | 0.65 |
| ▓ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.55 | R | TBD | 0.55 |
| ▓ | Y | Y | F-16 | F-18 | 2 | 3 | No | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | | | 0.00 |
| ▓ | Y | Y | F-16 | F-16 | 3 | 3 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.41 | H | TBD | 0.41 |
| ▓ | Y | Y | F-17 | F-17 | 3 | 2 | Yes | Yes | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓ | Y | Y | F-19 | F-19 | 1 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.25 | | | 0.25 |
| ▓ | Y | Y | F | F | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | | 0.00 | O | TBD | 0.00 |
| ▓ | Y | Y | F-18 | F-20 | 0 | 1 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.07 | | | 0.07 |
| ▓ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.40 | O | TBD | 0.40 |
| ▓ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▓ | ▓ | ▓ | No | ▓ | | X | 0.60 | O | TBD | 0.60 |

| Name | Eligible to compete F | Eligible to compete S | Term First Enrolled - Any Institution | Term First Enrolled - Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | N | N | F-17 | F-20 | 0 | 0 | No | No | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | Q | 2/3/2021 | 0.00 |
| ▮ | Y | Y | F-16 | F-20 | 0 | 2 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.31 | | | 0.31 |
| ▮ | Y | Y | F-17 | F-18 | 2 | 2 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.60 | | | 0.60 |
| ▮ | Y | Y | F-15 | F-17 | 3 | 3 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.16 | | | 0.16 |
| ▮ | Y | Y | F-18 | F-18 | 2 | 0 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-17 | F-17 | 3 | 2 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-20 | F-20 | 0 | 0 | No | No | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.60 | R | TBD | 0.60 |
| ▮ | Y | Y | F-16 | F-16 | 3 | 3 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.06 | | | 0.06 |
| ▮ | Y | Y | F-17 | F-17 | 3 | 2 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.55 | | | 0.55 |

CONFIDENTIAL

USF_0000430

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Term First Enrolled | | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | | | | | Equivalent award |
| | F | S | Any Institution | Your Institution | | | | | | | | | | | Initial | Overall | Equivalent award | Reason | Date | |
| | | | | | | | | | | Total | Total | | | Total | Total | Total | | | | Total |
| Squad List Totals | | | | | | | | | | ■■■ | | ■■■ | | | 0 | 30 | 12.04 | | | 12.04 |

Form Completed By: _____ Title: _____    Telephone: _____ Date: _____

Form approved by: _____    Date: _____

Director of Athletics Signature: _____    Date: _____

Head Coach's Signature: _____    Date: _____

Additional Signature: _____    Title: _____

Additional Signature: _____    Title: _____

**Required by Bylaw 15.5.10.2. File in director of athletics' office.**