# REPLY EXHIBIT 19

# Squad List Report

| | | |
|---|---|---|
| **Report Date:** 7/20/2022 | | **Academic Year:** 2021-2022 |
| **Institution:** University of San Francisco | | **Sport:** Men's Baseball |
| **City/State:** San Francisco, CA | | **Maximum Eqivalency Grants Permitted:** 27.00 |
| | | **Maximum HeadCount Grants Permitted:** 0.00 |
| | | **First Contest of the CHAMPIONSHIP Segment:** |
| | | **First Contest of the NONCHAMPIONSHIP Segment:** |

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
| | | | Term First Enrolled | | | | | | | | | | | | | | | |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-19 | F-19 | 2 | 1 | No | No | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 1 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-17 | F-20 | 0 | 1 | No | No | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-20 | F-20 | 1 | 1 | No | No | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.36 | | | 0.36 |
| ▮ | Y | N | F | F | 0 | 0 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.13 | Q | s025/2021 | 0.13 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 1 | No | No | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.40 | A | TBD | 0.40 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 3 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.70 | | | 0.70 |

| Name | Eligible to compete | | Status of Student - Term First Enrolled | | Financial Aid | | | | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| ▓▓▓ | Y | Y | F-20 | F-20 | 1 | 1 | No | No | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | N | F | F | 0 | 0 | No | Yes | N/A | ▓▓▓ | ▓▓▓ | ▓▓▓ | Yes | ▓▓▓ | | | 0.00 | Q | 10/18/2021 | 0.00 |
| ▓▓▓ | Y | Y | F-17 | F-19 | 2 | 3 | No | No | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.74 | | | 0.74 |
| ▓▓▓ | Y | Y | F-21 | F-21 | 0 | 2 | No | No | N/A | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | | 0 | A | TBD | 0.00 |
| ▓▓▓ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | Y | F-21 | F-21 | 0 | 3 | No | No | N/A | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | | 0 | A | TBD | 0.00 |
| ▓▓▓ | Y | Y | F-18 | F-18 | 3 | 2 | No | Yes | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | Y | F-19 | F-21 | 0 | 0 | No | Yes | N/A | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | | 0 | | | 0.00 |
| ▓▓▓ | Y | Y | F-19 | F-21 | 0 | 1 | No | Yes | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | Y | F-20 | F-20 | 1 | 0 | No | No | N/A | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | | 0 | | | 0.00 |
| ▓▓▓ | Y | Y | F-21 | F-21 | 0 | 2 | No | Yes | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | Y | F-20 | F-20 | 1 | 1 | No | No | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.25 | | | 0.25 |
| ▓▓▓ | Y | Y | F-20 | F-20 | 1 | 1 | No | No | FY | ▓▓▓ | ▓▓▓ | ▓▓▓ | No | ▓▓▓ | | X | 0.50 | | | 0.50 |

CONFIDENTIAL

| Name | Eligible to compete | | Status of Student - Term First Enrolled | | Financial Aid | | | | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | FY | ▮ | 0.00 | ▮ | No | ▮ | | X | 0.60 | | | 0.60 |
| ▮ | Y | Y | F-17 | F-17 | 4 | 2 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | S-19 | F-21 | 0 | 2 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 2 | No | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.25 | | | 0.25 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ▮ | | | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-19 | F-19 | 2 | 1 | No | No | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-19 | F-19 | 2 | 1 | No | No | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-18 | F-18 | 3 | 1 | No | Yes | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ▮ | | | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-20 | F-20 | 1 | 0 | No | No | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.55 | | | 0.55 |
| ▮ | Y | Y | F-20 | F-20 | 1 | 1 | No | No | N/A | ▮ | | | No | ▮ | | | 0 | | | 0.00 |
| ▮ | Y | Y | F-16 | F-16 | 4 | 3 | Yes | Yes | FY | ▮ | ▮ | ▮ | No | ▮ | | X | 0.41 | | | 0.41 |
| ▮ | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ▮ | ▮ | ▮ | No | ▮ | | | 0 | | | 0.00 |

| Name | Eligible to compete | | Status of Student - Term First Enrolled | | Financial Aid | | | | | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| | Y | Y | F-18 | F-21 | 0 | 0 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.50 | | | 0.50 |
| | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ■ | | | No | ■ | | | 0 | C | 2/14/2022 | 0.00 |
| | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.47 | | | 0.47 |
| | Y | Y | F-18 | F-20 | 1 | 2 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.25 | | | 0.25 |
| | Y | Y | F-20 | F-20 | 1 | 1 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.40 | | | 0.40 |
| | Y | Y | F-16 | F-20 | 1 | 3 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.40 | | | 0.40 |
| | Y | Y | F-17 | F-18 | 3 | 3 | No | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.39 | | | 0.39 |
| | Y | Y | F-18 | F-18 | 3 | 1 | No | Yes | FY | ■ | ■ | | No | ■ | | X | 0.25 | | | 0.25 |
| | Y | Y | F-21 | F-21 | 0 | 0 | No | Yes | N/A | ■ | ■ | ■ | No | ■ | | | 0 | | | 0.00 |
| | Y | Y | F-20 | F-20 | 1 | 0 | No | No | FY | ■ | ■ | ■ | No | ■ | | X | 0.60 | | | 0.60 |
| | Y | Y | F-17 | F-17 | 4 | 3 | Yes | Yes | FY | ■ | ■ | ■ | No | ■ | | X | 0.55 | | | 0.55 |

| Name | Eligible to compete | | Status of Student | | | | | | Financial Aid | | | | Countable Players | | | | Change in Status | | Revenue Dist Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Term First Enrolled | | | | | | | | | | | | | | | | |
| | F | S | Any Institution | Your Institution | No. of Years financial aid | No. seasons used | Recruited per NCAA Bylaw 13.02.14.1 | Recruited per NCAA Bylaw 15.02.8 | Period of Award | Amount of Athletics Grant | Amount of Other Countable Aid | Total Countable Aid | Exempt | Full Grant amount | Initial | Overall | Equivalent award | Reason | Date | Equivalent award |
| | | | | | | | | | | Total | Total | | | Total | Total | Total | | | | Total |
| Squad List Totals | | | | | | | | | | ■ | | ■ | | | 0 | 30 | 11.20 | | | 11.20 |

Form Completed By: _____ Title: _____   Telephone: _____ Date: _____

Form approved by: _____ Date: _____

Director of Athletics Signature: _____ Date: _____

Head Coach's Signature: _____ Date: _____

Additional Signature: _____ Title: _____

Additional Signature: _____ Title: _____

**Required by Bylaw 15.5.10.2. File in director of athletics' office.**

CONFIDENTIAL

USF_0000812