1  Jonathan M. Baum (SBN 303469)
2  William Sullivan (SBN 275059)
   Julienne Pasichow (SBN 340486)
3  *jbaum@hwglaw.com*
   *wsullivan@hwglaw.com*
4  *jpasichow@hwglaw.com*
5  **HWG LLP**
   1919 M Street NW, 8th Floor
6  Washington, DC 20036
   Telephone: (202) 730-1300 / Facsimile: (202) 730-1301
7
8  Attorneys for Defendant
   UNIVERSITY OF SAN FRANCISCO
9

10                UNITED STATES DISTRICT COURT

11      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12

13 | JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, | Case No. 3:22-cv-01559-LB
14 | JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, |
   | JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, | **DEFENDANT UNIVERSITY OF SAN**
15 | JOHN DOE 10, JOHN DOE 11, JOHN DOE  | **FRANCISCO'S ADMINISTRATIVE**
   | 12, JOHN DOE 13, and JOHN DOE 14    | **MOTION TO CONSIDER WHETHER**
16 | individually and on behalf of all others | **CASES SHOULD BE RELATED**
17 | similarly situated,                  |

18                Plaintiffs,              Judge:  Hon. Laurel Beeler
                                           Trial Date:  None Set
19      vs.

20 NATIONAL COLLEGIATE ATHLETIC
21 ASSOCIATION, THE UNIVERSITY OF
   SAN FRANCISCO, ANTHONY N. (AKA
22 NINO) GIARRATANO, and TROY
   NAKAMURA,
23
24                Defendants.

25

26

27

28

University of San Francisco ("USF") submits this administrative motion to consider whether this case, *Does 1-14 v. University of San Francisco, et al.*, Case No. 3:22-cv-1559-LB (N.D. Cal.) ("*Does I*"), should be considered a "related case" under Civil Local Rule 3-12 to the following action:  *Does 15-19 v. University of San Francisco, et al.*, Case No. 3:25-cv-05311-AGT (N.D. Cal.) ("*Does II*").

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." L.R. 3-12(a).

The actions are related. Both actions involve the same parties—USF, former USF baseball coaches Anthony Giarratano and Troy Nakamura, and former USF baseball players coached by Giarratano and Nakamura. The allegations underlying each action are substantively identical. Plaintiffs even point out that John Does 15-19 in *Does II*—who are named consecutively from John Does 1-14 in *Does I*—"experienced the same" alleged conduct "by the Coach Defendants against John Does 1-14" in *Does I. Does II* Compl., Dkt. No. 1 at 4. Moreover, the causes of action in *Does II* are identical to the causes of action in *Does I* except that Plaintiffs abandoned their breach of contract claims after they were dismissed in *Does I*.

Plaintiffs appear to agree that the two cases are related, and even acknowledge on their Civil Cover Sheet and on page one of the *Does II* complaint that *Does I* is a "related case." *Id.* at 1 n.1; *id.* at Attachment 1. Plaintiffs further acknowledge that the *Does II* Plaintiffs were originally part of the *Does I* putative class action before class certification was denied. *Id.* at 4. Moreover, counsel of record for Plaintiffs in *Does II* are also all counsel of record for Plaintiffs in *Does I*.

Treating the cases as related would serve the interests of judicial economy, avoid unnecessary expense and the unduly burdensome duplication of labor, and eliminate the potential for conflicting rulings on the same alleged conduct. Because the requirements of Civil Local Rule 3-12 are met, USF respectfully requests that this Court grant its administrative motion.

DEFENDANT UNIVERSITY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

1   Dated:  July 9, 2025                              Respectfully submitted,

2

3

4   By:  ___/s/ Jonathan M. Baum___
    Jonathan M. Baum (SBN 202469)

5   jbaum@hwglaw.com
    William Sullivan (SBN 275059)

6   wsullivan@hwglaw.com
    Julienne Pasichow (SBN 340486)

7   jpasichow@hwglaw.com
    HWG LLP

8   1919 M Street NW, 8th Floor

9   Washington, DC 20036
    Telephone: (202) 730-1300

10  Facsimile: (202) 730-1301

11  *Attorneys for Defendant*

12  UNIVERSITY OF SAN FRANCISCO

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT UNIVERSITY OF SAN FRANCISCO'S ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I caused the foregoing document to be served by email upon counsel of record for all Parties listed in the service list below. I declare under penalty of perjury that the foregoing information in this Certificate of Service is true and correct.


_/s/ Jonathan M. Baum_
Jonathan M. Baum

**CERTIFICATE OF SERVICE**
**CASE NO. 3:22-CV-01559-LB**

## SERVICE LIST

| | |
|---|---|
| Jonathan Selbin (SBN 170222) | Attorneys for Plaintiffs |
| Michelle A. Lamy (SBN 308174) | |
| LIEFF CABRASER HEIMANN & | |
| BERNSTEIN, LLP | |
| 275 Battery Street, 29th Floor | |
| San Francisco, CA 94111 | |
| Telephone: (415) 956-1000 | |
| Facsimile: (415) 956-1008 | |
| jselbin@lchb.com | |
| mlamy@lchb.com | |

Jessica Moldovan (*pro hac vice*)          Attorney for Plaintiffs
LIEFF CABRASER HEIMANN &
BERNSTEIN
250 Hudson Street
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
jmoldovan@lchb.com

Elizabeth A. Fegan (*pro hac vice*)          Attorney for Plaintiffs
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100
beth@feganscott.com

Lynn A. Ellenberger (*pro hac vice*)          Attorney for Plaintiffs
FEGAN SCOTT LLC
500 Grant St., Suite 2900
Pittsburgh, PA 15219
Telephone: (412) 346-4104
Facsimile: (312) 264-0100
lynn@feganscott.com

Michael von Klemperer (*pro hac vice*)          Attorney for Plaintiffs
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, D.C. 20009
Telephone: (202) 921-0002
Facsimile: (312) 264-0100
Mike@feganscott.com

**CERTIFICATE OF SERVICE**
**CASE NO. 3:22-CV-01559-LB**

1

2    Georgia Jaye Zacest (*pro hac vice*)        Attorney for Plaintiffs
     FEGAN SCOTT LLC
3    708 Main Street, 10th Floor
     Houston, TX 77002
4    Telephone: (830) 212-4042
     Facsimile: (312) 264-0100
5    Georgia@feganscott.com

6    Daniel A. Croley                            Attorney for Defendant,
     FUTTERMAN DUPREE DODD CROLEY               ANTHONY N. GIARRATANO
7    MAIER LLP                                   *ALSO KNOWN AS*
     601 Montgomery St., Suite 333              NINO GIARRATANO
8    San Francisco, CA 94111
     Telephone: (415) 399-3840
9    Facsimile: (415) 399-3838
     dcroley@fddcm.com
10

11   Katherine O'Neal                            Attorney for Defendant,
     Lesser Law Group                           ANTHONY N. GIARRATANO
12   1010 B Street                               *ALSO KNOWN AS*
     Suite 350                                  NINO GIARRATANO
13   San Rafael, CA 94901
     Telephone: (415) 453-7600
14   koneal@fddcm.com
15

16   Scott Brian Rapkin                          Attorneys for Defendant,
     Michael Steven Rapkin                      TROY NAKAMURA
17   RAPKIN & ASSOCIATES, LLP
     475 Washington Blvd.
18   Marina del Rey, CA 90292
     Telephone: (310) 319-5465
19   Facsimile: (310) 306-1339
     scottrapkin@rapkinesq.com
20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**
**CASE NO. 3:22-CV-01559-LB**