UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, and JOHN DOE 14 individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>   Defendants. | Case No. 3:22-cv-01559-LB<br><br>**[PROPOSED] ORDER REGARDING WHETHER CASES SHOULD BE RELATED** |

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Before the Court is Defendant University of San Francisco's ("USF") Administrative Motion to Consider Whether Cases Should Be Related. Having considered the issues presented, the Court finds that *Does 1-14 v. University of San Francisco, et al.*, Case No. 3:22-cv-1559-LB (N.D. Cal.), and *Does 15-19 v. University of San Francisco, et al.*, Case No. 3:25-cv-05311-AGT (N.D. Cal.), are related cases under Civil Local Rule 3-12, and therefore should be resolved together.

The Clerk of the Court is instructed to reassign Case No. 3:25-cv-05311-AGT to this Court.

**IT IS SO ORDERED.**

_____
The Hon. Laurel Beeler

Dated: July _, 2025