JONATHAN SELBIN (Cal. Bar No. 170222)
jselbin@lchb.com
MICHELLE LAMY (Cal. Bar No. 308174)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

ELIZABETH A. FEGAN (Cal. Bar No. 355906)
beth@feganscott.com
FEGAN SCOTT LLP
150 S. Wacker Drive, 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

*Attorneys for Plaintiffs John Does 1-6 and 8-19*
*(Additional Counsel on Signature Page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, DOE 13, DOE 14, JOHN DOE 15, JOHN DOE16, JOHN DOE 17, JOHN DOE 18, and JOHN DOE 19, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>        Defendants. | Case No. 3:22-cv-01559-LB<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Laurel Beeler |

## ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiffs, by and through their undersigned attorneys of record, hereby move to consider whether the redacted portions of Plaintiffs' Opposition to Defendants' Joint Motion for Sanctions Against Plaintiffs John Does 1, 2, 3, 11, 15, 16, and 17, the redacted portions of Exhibits L, M, and N, and Exhibits G, O, BB, CC, DD, EE, FF, GG, HH, OO in their entirety should be sealed.

These materials have either been designated "Confidential" by Defendant University of San Francisco under the Stipulated Protective Order, or contain quotes from materials so designated. USF carries the burden to justify sealing these materials. *See* Civ. L.R. 79-5(f)(3).

Plaintiffs do not agree that any of these materials meet the standard to be sealed.


Dated: July 9, 2026                    Respectfully submitted,


                                       */s/ Jonathan D. Selbin*
                                       JONATHAN D. SELBIN (Cal. Bar No. 17022)
                                       jdselbin@lchb.com
                                       MICHELLE LAMY (Cal. Bar No. 308174)
                                       mlamy@lchb.com
                                       LIEFF CABRASER HEIMANN & BERNSTEIN
                                       275 Battery Street, 29th Floor
                                       San Francisco, CA  94111-3339
                                       Telephone: (415) 956-1000
                                       Facsimile: (415) 956-1008

                                       JESSICA A. MOLDOVAN (*admitted pro hac vice*)
                                       jmoldovan@lchb.com
                                       LIEFF CABRASER HEIMANN & BERNSTEIN
                                       250 Hudson Street, 8th Floor
                                       New York, NY 10013
                                       Telephone: (212) 355-9500

                                       Christopher E. Coleman (admitted *pro hac vice*)
                                       ccoleman@lchb.com
                                       LIEFF CABRASER HEIMANN & BERNSTEIN,
                                       LLP
                                       222 2nd Avenue South, Suite 1640
                                       Nashville, TN 37201
                                       Telephone: (615) 313-9000
                                       Facsimile: (615) 313-9965

- 2 -

ELIZABETH A. FEGAN (Cal. Bar No. 355906)
beth@feganscott.com
FEGAN SCOTT LLP
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

MICHAEL VON KLEMPERER
(*admitted pro hac vice*)
mike@feganscott.com
FEGAN SCOTT LLP
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Telephone: (202) 921-0002
Facsimile: (312) 264-0100

Georgia Jaye Zacest (admitted *pro hac vice*)
georgia@feganscott.com
FEGAN SCOTT LLP
708 Main, 10th Floor
Houston, TX 77002
Telephone: (830) 212-4042
Facsimile: (312) 264-0100

*Attorneys for Plaintiffs John Does 1-6 and 8-19*

- 3 -