[Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16, JOHN DOE 17, JOHN DOE 18, and JOHN DOE 19, individually and on behalf of all others similarly situated<br><br>         Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>         Defendants. | Case No. 3:22-cv-01559-LB<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Laurel Beeler<br>Trial Date: October 12, 2027 |

The Parties, Plaintiffs John Does 1-6 and 8-19 ("Plaintiffs"), Defendant the University of San Francisco ("USF"), Defendant Anthony N. Giarratano, and Defendant Troy Nakamura (collectively, "Defendants") submit this Joint Case Management Statement pursuant to the Court's July 7, 2026 Order (ECF No. 529).

### I.    Pending Issues

The following disputes and motions are fully briefed and pending before the Court:

1. Defendants' Joint Motion for Sanctions Against Plaintiffs John Does 1, 2, 3, 11, 15, 16, and 17 For False Interrogatory Statements: Mot. (ECF No. 516), Opp'n (ECF No. 538), Reply (ECF No. 548); and

2. Joint Letter Brief Regarding USF's Responses to Plaintiff John Doe 4's Second Set of Interrogatories (Nos. 5 and 6): ECF No. 547.

Plaintiffs and USF are meeting and conferring regarding the Court's award of attorney's fees in connection with Plaintiffs' Motion for Sanctions Against USF for Spoliation of Evidence (ECF No. 534 at 14), and will advise the Court if they are unable to reach agreement by July 29, 2026.

The Parties look forward to discussing these issues with the Court at the August 6, 2026 conference.

### II.    Case Schedule

The parties continue to meet and confer regarding a modification to the case schedule, and anticipate shortly submitting a stipulation to the Court for consideration.

Dated:  July 23, 2026

By:  /s/  *Jonathan D. Selbin*
JONATHAN D. SELBIN (Cal. Bar No. 170222)
jdselbin@lchb.com
MICHELLE LAMY (Cal. Bar No. 308174)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000

- 2 -

Facsimile: (415) 956-1008

JESSICA A. MOLDOVAN (admitted *pro hac vice*)
jmoldovan@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

ELIZABETH A. FEGAN (Cal. Bar. No. 355906)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Telephone: (312) 741-1019
Facsimile: (312) 264-0100

MICHAEL VON KLEMPERER (*pro hac vice*)
mike@feganscott.com
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Telephone: (202) 921-0002
Facsimile: (312) 264-0100

GEORGIA JAYE ZACEST (admitted pro hac vice)
georgia@feganscott.com
FEGAN SCOTT LLC
708 Main St.
10th Floor
Houston, TX 77002
Phone: 830.212.4042
Fax: 312.264.0100

*Attorneys for Plaintiffs*


By:   /s/ *Jonathan M. Baum*
JONATHAN M. BAUM
jbaum@hwglaw.com
HWG LLP
1919 M Street N.W., Eighth Floor
Washington, DC 20036
Telephone: (202) 796-0587

JULIENNE PASICHOW
jpasichow@hwglaw.com

- 3 -

WILLIAM SULLIVAN
wsullivan@hwglaw.com
HWG LLP
1919 M Street NW
Ste. Eighth Floor
Washington, DC 20036
Telephone: 202-796-0555
Facsimile: 202-730-1301

*Attorneys for Defendant the University of San Francisco*

By:   /s/  *Daniel A. Croley*
DANIEL A. CROLEY
dcroley@fddcm.com
FUTTERMAN DUPREE DODD CROLEY
MAIER LLP
601 Montgomery St., Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Defendant Anthony N. Giarratano*

By:   /s/  *Scott Rapkin*
SCOTT RAPKIN
scottrapkin@rapkinesq.com
RAPKIN & ASSOCIATES, LLP
475 Washington Blvd.
Marina del Rey, CA 90292
Telephone: (310) 319-5465
Facsimile: (310) 306-1339

*Attorneys for Defendant Troy Nakamura*

- 4 -

## **ATTESTATION OF FILING**

I, Jonathan D. Selbin, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:   July 23, 2026                                        By: */s/ Jonathan D. Selbin*

- 5 -