Scott B. Rapkin (SBN 261867)
E-Mail: scottrapkin@rapkinesq.com
Michael S. Rapkin (SBN 67220)
E-Mail:  msrapkin@gmail.com
RAPKIN & ASSOCIATES, LLP
475 Washington Blvd.
Marina del Rey, CA 90292
Telephone: (310) 319-5465
Facsimile: (310) 306-1339

Attorneys for Defendant Troy Nakamura

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16, JOHN DOE 17, JOHN DOE 18, JOHN DOE 19, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, THE UNIVERSITY OF SAN FRANCISCO, ANTHONY (AKA NINO) GIARRATANO, and TROY NAKAMURA,<br><br>Defendants. | Case No.: 3:22-CV-01559-LB<br><br>**DEFENDANT TROY NAKAMURA'S ANSWER TO FOURTH AMENDED COMPLAINT**<br><br>Judge:  Hon. Magistrate Laurel Beeler |

Defendant Troy Nakamura ("Nakamura") hereby answers Plaintiffs' Fourth Amended Complaint for Damages ("FAC") as follows:

## I. INTRODUCTION

1. The allegations constitute legal conclusions to which no response is required.

2. Nakamura denies the allegations in Paragraph 2.

3. Nakamura denies the allegations in Paragraph 3.

4. Nakamura denies the allegations in Paragraph 4.

5. Nakamura denies the allegations in Paragraph 5.

6. Nakamura denies that he engaged in any wrongdoing. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 6 and on that basis denies them.

7. Nakamura denies that there was an "intolerable sexualized environment and calculated retaliation against Plaintiffs and other student-athletes." Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7 and on that basis denies them.

8. Nakamura denies that there was any "abuse." Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 8 and on that basis denies them.

9. Nakamura admits that John Does 1, 2, and 3 filed their original complaint on March 11, 2022. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 9 and on that basis denies them.

10. Nakamura admits that, on July 15, 2022, Plaintiffs filed an Amended Complaint adding more USF baseball players. Accept as expressly admitted herein, Nakamura denies the allegations in Paragraph 10.

11.    Nakamura admits that the court denied Plaintiffs' motion for class certification. Nakamura also admits that Does 15-19 filed a separate lawsuit. Accept as expressly admitted herein, Nakamura denies the allegations in Paragraph 11.

12.    The allegations in Paragraph 12 constitute legal conclusions to which no response is required.

13.    The allegations in Paragraph 13 constitute legal conclusions to which no response is required.

14.    The allegations in Paragraph 14 constitute legal conclusions to which no response is required. To the extent that any response is required, Nakamura denies the allegations in Paragraph 13.

15.    The allegations in Paragraph 15 constitute legal conclusions to which no response is required.

16.    Nakamura does not respond to this allegation.

## II.    JURISDICTION AND VENUE

17.    Nakamura admits that this Court has jurisdiction over this matter.

18.    Nakamura denies the allegations in Paragraph 21.

19.    Nakamura admits that this Court has jurisdiction over this matter.

20.    Nakamura admits that this Court has jurisdiction over this matter.

21.    Nakamura admits that this Court has jurisdiction over this matter.

22.    Nakamura admits that this Court has jurisdiction over this matter.

23.    Nakamura admits that venue is proper in this Court.

## III.    INTRA-DISTRICT ASSIGNMENT

24.    Nakamura admits that the San Francisco Division is appropriate.

## IV.    PARTIES

25.    Paragraph 25 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

26.    Paragraph 26 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

27.    Paragraph 27 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

28.    Paragraph 28 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

29.    Paragraph 29 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

30.    Paragraph 30 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

31.    Paragraph 31 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

32.    Paragraph 32 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

33.    Paragraph 33 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

34.    Paragraph 34 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

35.    Paragraph 35 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

36.    Paragraph 36 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

37.    Paragraph 37 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

38.    Paragraph 38 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

39.    Paragraph 39 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

40.    Paragraph 40 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

41.    Paragraph 41 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

42.    Paragraph 42 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

43.    Paragraph 43 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

44.    Nakamura admits that USF is a D1 member institution of the NCAA and is located in San Francisco. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 44 and on that basis denies them.

45.    Nakamura admits that Nino Giarratano was the head coach of the USF baseball team from 1999 to a date in 2022.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 45 and on that basis denies them.

46.    Admit.

V.    **FACTS**

47.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

48.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

49.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

50.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

51.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

52.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

53.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

54.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

55.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

56.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

57.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

58.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

59.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

60.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

61.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

62. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

63. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

64. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

65. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

66. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

67. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

68. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

69. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

70. The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

71.    The allegations in this Paragraph are argumentative, contain no allegations against Nakamura and are conclusory, to which no response is required. To the extent an answer is required, Defendant denies the same.

72.    Admit.

73.    Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and on that basis denies them.

74.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

75.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

76.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

77.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

78.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

79.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

80.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

81.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

82.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

83.    Defendant admits he did not attend a "multi-hour session with the Title IX officers at the baseball field" in the fall of 2021. Except as expressly admitted, Defendant denies.

84.    Denied.

85.    Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and on that basis denies them.

86.    Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and on that basis denies them.

87.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

88.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

89.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

90.    Nakamura admits the allegations in Paragraph 90.

91.    Nakamura admits the allegations in Paragraph 91.

92.    Nakamura admits the allegations in Paragraph 92.

93.    Nakamura admits the allegations in Paragraph 93.

94.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

95.    The allegations in this Paragraph are argumentative and not actual factual allegations against Defendant, for which no response is required. To the extent an answer is required, Defendant denies.

96.    Denied.

97.    Denied.

98.    Denied.

99.    Denied.

100.  Denied.

101.  Denied.

102.  Nakamura admits that the pitchers played a game where they would take off a piece of clothing such as a cleat or hat if they balked.  Except as expressly admitted, Nakamura denies the remaining allegations in Paragraph 102.

103. Nakamura admits that, during a gift exchange, somebody was given a blow-up doll.  Except as expressly admitted, Nakamura denies the allegations in Paragraph 103.

104. Denied.

105. Denied.

106. Denied.

107. Denied.

108. Denied.

109. Denied.

110. Denied.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122. Denied.

123. Denied.

124. Denied.

125. Denied.

126. Denied.

127.  Nakamura admits that the team would sometimes engage in military training-type exercises at the beach.   Except as expressly admitted, Nakamura denies the remaining allegations in Paragraph 127.

128.  Denied.

129.  Denied.

130.  Denied.

131.  Denied.

132.  Denied.

133.  Denied.

134.  Denied.

135.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 135 and on that basis denies them.

136.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 136 and on that basis denies them.

137.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 137 and on that basis denies them.

138.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 138 and on that basis denies them.

139.  Denied.

140.  Denied.

141.  Denied.

142.  Denied.

143.  Denied.

144.  Denied.

145.  Denied.

146.  Denied.

147.  Denied.

148. Denied.

149. Denied.

150. Nakamura admits that in January 2015, the NCAA permitted conferences to start providing four-year guaranteed scholarships. Nakamura denies the remaining allegations in Paragraph 150.

151. Nakamura denies that he "implement[ed] a system of relation intended to get rid of players who did not play along or fit within the sexually charged culture that they created." Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 151, and on that basis denies the allegations.

152. Denied.

153. Denied.

154. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 154 and on that basis denies them.

155. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 155 and on that basis denies them.

156. Denied.

157. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 157 and on that basis denies them.

158. Nakamura admits that in January 2015, the NCAA permitted conferences to start providing four-year guaranteed scholarships. Nakamura denies the remaining allegations in Paragraph 158.

159. Nakamura denies that he "implement[ed] a system of relation intended to get rid of players who did not play along or fit within the sexually charged culture that they created." Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 159, and on that basis denies the allegations.

160. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 160 and on that basis denies them.

161. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 161 and on that basis denies them.

162. Denied.

163. Denied.

164. Denied.

165. The claims of John Doe 14 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and on that basis denies the allegations.

166. The claims of John Doe 10 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and on that basis denies the allegations.

167. The claims of John Doe 10 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and on that basis denies the allegations.

168. The claims of John Doe 10 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and on that basis denies the allegations.

169. The claims of John Doe 5 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 169, and on that basis denies the allegations.

170. The claims of John Doe 7 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and on that basis denies the allegations.

171. The claims of John Doe 8 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and on that basis denies the allegations.

172. The claims of John Doe 8 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and on that basis denies the allegations.

173. Nakamura denies that he engaged in any "blacklisting."

174. Nakamura denies the allegations in Paragraph 174.

175. The claims of John Doe 5 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and on that basis denies the allegations.

176. The claims of John Doe 5 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and on that basis denies the allegations.

177. The claims of John Doe 5 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and on that basis denies the allegations.

178. The claims of John Doe 6 against Nakamura have been dismissed and, as such, no response is required. To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and on that basis denies the allegations.

179.    The claims of John Doe 6 against Nakamura have been dismissed and, as such, no response is required.   To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and on that basis denies the allegations.

180.    The claims of John Doe 9 against Nakamura have been dismissed and, as such, no response is required.   To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 180, and on that basis denies the allegations.

181.    Nakamura denies that he engaged in retaliation.

182.    Nakamura denies the allegations in paragraph 182.

183.    The claims of John Doe 9 against Nakamura have been dismissed and, as such, no response is required.   To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 183, and on that basis denies the allegations.

184.    The claims of John Doe 13 against Nakamura have been dismissed and, as such, no response is required.   To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 184, and on that basis denies the allegations.

185.    The claims of John Doe 5 against Nakamura have been dismissed and, as such, no response is required.   To the extent that a response is required, Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 185, and on that basis denies the allegations.

186.    Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 186, and on that basis denies the allegations.

187.    Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and on that basis denies the allegations.

188.    Nakamura denies the allegations in paragraph 188.

189. Nakamura admits that John Doe 15 left after his freshman year. He denies the remaining allegations in Paragraph 189.

190. Nakamura admits that John Doe 16 left after one semester. He denies the remaining allegations in Paragraph 190.

191. Nakamura admits that John Doe 17 left after only a few weeks. He denies the remaining allegations in Paragraph 191.

192. Denied.

193. Denied.

194. Denied.

195. Denied.

196. Denied.

197. Denied.

198. Denied.

199. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and on that basis denies the allegations.

200. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 200, and on that basis denies the allegations.

201. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 201, and on that basis denies the allegations.

202. Denied.

203. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations in Paragraph 203.

204. Denied.

205. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations, and on that basis denies the allegations in Paragraph 205.

206. Nakamura admits the allegations in paragraph 206.

207. Nakamura admits the allegations in paragraph 207.

208. Nakamura admits the allegations in paragraph 208, except he lacks knowledge and information sufficient to form a belief as to the truth of the allegation that "[t]his guarantee was dispositive in John Doe 1's decision to sign with USF," and on that basis denies the allegation.

209. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 209, and on that basis denies the allegations.

210. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 210, and on that basis denies the allegations.

211. Nakamura admits that he would start some practices with a "café exercise." Except as expressly admitted, Nakamura denies the remaining allegations in paragraph 211.

212. Denied.

213. Nakamura denies that he engaged in retaliation or emotional abuse towards John Doe 1. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 213, and on that basis denies the allegations.

214. Nakamura denies that John Doe 1 was told to keep playing after injuring his hand. Nakamura admits that John Doe 1 injured his ACL and meniscus and underwent surgery to repair both injuries.

215. Denied.

216. Denied.

217. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 217 and on that basis denies the allegations.

218. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 218, and on that basis denies the allegations.

219. Nakamura denies that the AD shared a complaint from John Doe 1's mother with him or that he committed abuse against John Doe 1. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 219, and on that basis denies the allegations.

220. Denied.

221. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 221, and on that basis denies the allegations.

222. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 222, and on that basis denies the allegations.

223. Nakamura admits that John Doe 1 returned for the fall season of his senior year. And that at the end of the fall season, the coaches held exit interviews with every player. Nakamura denies that he largely ignored John Doe 1 from a coaching perspective and refused to help him.

224. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 224, and on that basis denies the allegations.

225. Denied.

226. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 226, and on that basis denies the allegations.

227. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 227, and on that basis denies the allegations.

228. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 228, and on that basis denies the allegations.

229. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 229, and on that basis denies the allegations.

230. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 230, and on that basis denies the allegations.

231. Nakamura admits that USF issued the statement described at paragraph 231.

232. Nakamura denies that sexual abusive behavior was widespread on the baseball team. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 232, and on that basis denies the allegations.

233. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 233, and on that basis denies the allegations.

234. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 234, and on that basis denies the allegations.

235. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 235, and on that basis denies the allegations.

236. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 236, and on that basis denies the allegations.

237. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 237, and on that basis denies the allegations.

238. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 238, and on that basis denies the allegations.

239. Nakamura admits the allegations in paragraph 239.

240. Nakamura admits the allegations in paragraph 240.

241. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 241, and on that basis denies the allegations.

242. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 242, and on that basis denies the allegations.

243. Nakamura admits that he would start some practices with a "café exercise." Except as expressly admitted, Nakamura denies the remaining allegations in paragraph 243.

244. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 244, and on that basis denies the allegations.

245. Denied.

246. Denied.

247. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 247, and on that basis denies the allegations.

248. Nakamura denies that he verbally abused John Doe 2 or called him a "fucking cunt." Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 248, and on that basis denies the allegations.

249. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 249, and on that basis denies the allegations.

250. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 250, and on that basis denies the allegations.

251. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 251, and on that basis denies the allegations.

252. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 252, and on that basis denies the allegations.

253. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 253, and on that basis denies the allegations.

254. Denied.

255. Nakamura admits that John Doe 2 advised USF that he intended to transfer and lose his scholarship.  Except as expressly admitted, Nakamura denies the remaining allegations in Paragraph 255.

256. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 256, and on that basis denies the allegations.

257. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 257, and on that basis denies the allegations.

258. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 258, and on that basis denies the allegations.

259. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of Plaintiffs' recitation of the meeting with the AD, and on that basis denies them.

260. Nakamura admits the allegations of Paragraph 260.

261. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 261, and on that basis denies the allegations.

262. Nakamura admits the allegations of Paragraph 262.

263. Nakamura admits that USF recruited Doe 15. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 263, and on that basis denies the allegations.

264. Nakamura admits that USF offered Doe 15 a scholarship. He does not recall the exact amount. He lacks knowledge and information sufficient to form a belief as to the truth of the allegation that "[t]his guarantee was dispositive in John Doe 15's decision to sign with USF," and on that basis denies the allegation.

265. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 265, and on that basis denies the allegations.

266. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 266, and on that basis denies the allegations.

267. Denied.

268. Denied.

269. Denied.

270. Denied.

271. Denied.

272. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 2732 and on that basis denies the allegations.

273. Denied.

274. Nakamura denies that there was a verbally and sexually abusive environment. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 274 and on that basis denies the allegations.

275. Nakamura admits that Doe 15 returned for the Spring semester. He does not recall whether Doe 15 started the season opener against UCLA.

276. Denied.

277. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 277, and on that basis denies the allegations.

278.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 278, and on that basis denies the allegations.

279.  Nakamura denies that he made the comments alleged in Paragraph 279.

280.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 280, and on that basis denies the allegations.

281.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 281, and on that basis denies the allegations.

282.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 282, and on that basis denies the allegations.

283.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 283, and on that basis denies the allegations.

284.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 284, and on that basis denies the allegations.

285.  Nakamura admits that Doe 16 came to USF for a recruiting visit and that USF offered him a scholarship.  Nakamura denies that he made a representation during the recruiting process that Doe 16 would start as a freshman.

286.  Nakamura admits that Doe 16 injured his wrist and had surgery.  Except as expressly admitted, Nakamura denies the allegations in Paragraph 286.

287.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 287, and on that basis denies the allegations.

288.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 288, and on that basis denies the allegations.

289.  Nakamura admits that Doe 16 was subject to quarantine rules. Except as expressly admitted, Nakamura denies the allegations in Paragraph 289.

290.  Denied.

291.  Denied.

292. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 292, and on that basis denies the allegations.

293. Denied.

294. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 294, and on that basis denies the allegations.

295. Denied.

296. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 296, and on that basis denies the allegations.

297. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 297, and on that basis denies the allegations.

298. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 298, and on that basis denies the allegations.

299. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 299, and on that basis denies the allegations.

300. Nakamura admits the allegations in Paragraph 300.

301. Nakamura admits the allegations in Paragraph 301, although he does not know if they were dispositive of Doe 17's decision to attend USF.

302. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 302, and on that basis denies the allegations.

303. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 303 and on that basis denies the allegations.

304. Nakamura admits that Doe 17 was subject to quarantine rules. Except as expressly admitted, Nakamura denies the allegations in Paragraph 304.

305. Denied.

306. Denied.

307. Denied.

308. Denied.

309. Denied.

310. Denied.

311. Nakamura denies that the coaches abused Doe 17. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 311 and on that basis denies the allegations.

312. Nakamura admits that Doe 17 left USF. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 312 and on that basis denies the allegations.

313. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 313 and on that basis denies the allegations.

314. Denied.

315. Nakamura denies receiving this email described in Paragraph 315.

316. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 316 and on that basis denies the allegations.

317. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 317 and on that basis denies the allegations.

318. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 318 and on that basis denies the allegations.

319. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 319 and on that basis denies the allegations.

320. Nakamura admits the allegations in Paragraph 301, although he does not know if they were dispositive of Doe 18's decision to attend USF.

321. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 321 and on that basis denies the allegations.

322. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 322 and on that basis denies the allegations.

323. Denied.

324.  Nakamura admits that the team would often start practice with a Café exercise.  Except as expressly admitted, Nakamura denies the remaining allegations in Paragraph 324.

325.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 325 and on that basis denies the allegations.

326.  Nakamura admits that the coaches would sometimes shower in the same locker room as the players only when the team was traveling and there was not a separate shower facility for the coaches.

327.  Denied.

328.  Denied.

329.  Denied.

330.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 330 and on that basis denies the allegations.

331.  Denied.

332.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 332 and on that basis denies the allegations.

333.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 333 and on that basis denies the allegations.

334.  Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 334 and on that basis denies the allegations.

335.  Nakamura admits that USF offered a scholarship to John Doe 3.  Nakamura lacks knowledge and information sufficient to form a belief as to the remaining allegations of Paragraph 335, and on that basis denies them.

336.  Nakamura admits the allegations in Paragraph 336.

337.  Nakamura admits the allegations in Paragraph 337.

338.  Nakamura admits that John Doe 3 was injured during his senior of high school.  Nakamura lacks knowledge and information sufficient to form a belief as to the remaining allegations of Paragraph 339, and on that basis denies them.

339. Nakamura admits the allegations in paragraph 339

340. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 340, and on that basis denies the allegations.

341. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 341, and on that basis denies the allegations.

342. Nakamura admits that he would start some practices with a "café exercise." Except as expressly admitted, Nakamura denies the remaining allegations in paragraph 342.

343. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 343, and on that basis denies the allegations.

344. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 344, and on that basis denies the allegations.

345. Denied.

346. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 346, and on that basis denies the allegations.

347. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 347, and on that basis denies the allegations.

348. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 348, and on that basis denies the allegations.

349. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 349, and on that basis denies the allegations.

350. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 350, and on that basis denies the allegations.

351. Nakamura denies that he berated John Doe 3. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 351, and on that basis denies the allegations.

352. Denied.

353. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 353, and on that basis denies the allegations.

354. Nakamura denies that John Doe 3 was retaliated against or that the coaches engaged in sexually charged behavior. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 354, and on that basis denies the allegations.

355. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 355, and on that basis denies the allegations.

356. Nakamura admits that players were asked to fill out personal evaluation forms. Except as expressly admitted, Nakamura denies the allegations in Paragraph 356.

357. Denied.

358. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 358, and on that basis denies the allegations.

359. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 359 and on that basis denies the allegations.

360. Nakamura admits that he and Coach G had a meeting with John Doe 3. Except as expressly admitted, Nakamura denies the allegations in Paragraph 360.

361. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 361, and on that basis denies the allegations.

362. Nakamura admits the allegations in Paragraph 362.

363. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 363, and on that basis denies the allegations.

364. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 364, and on that basis denies the allegations.

365. Nakamura admits the allegations in Paragraph 365.

366. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 366, and on that basis denies the allegations.

367. Nakamura admits the allegations in Paragraph 367.

368. Nakamura admits that Doe 19 came to USF where he met coaches and players. Except as expressly admitted, Nakamura denies the allegations in Paragraph 368.

369. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 369, and on that basis denies the allegations.

370. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 370, and on that basis denies the allegations.

371. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 371, and on that basis denies the allegations.

372. Denied.

373. Denied.

374. Denied.

375. Denied.

376. Denied.

377. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 377 related to Doe 19's back surgery, and on that basis denies the allegations. Nakamura denies the remaining allegations in Paragraph 377.

378. Denied.

379. Nakamura denies that there was a sexually and verbally abusive environment. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 379, and on that basis denies the allegations.

380. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 380, and on that basis denies the allegations.

381. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 381, and on that basis denies the allegations.

382. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 382, and on that basis denies the allegations.

383. Nakamura is not providing a response to Paragraphs 383-612 of the Fourth Amended Complaint because the claims of John Does 4-14 against Nakamura were dismissed.

613. Paragraph 613 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

614. Paragraph 614 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

615. Paragraph 615 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

616. Paragraph 616 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

617. Paragraph 617 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

618. Paragraph 618 does not contain allegations directed at Defendant and, thus, contends that no response is required. To the extent a response is required, Defendant lacks information sufficient to admit or deny the allegations of this Paragraph and, on that basis, denies.

619. The allegations in Paragraph 619 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations.

620. Nakamura admits that John Does 1-3 were 17 or 18 years old who were playing D1 baseball for the first time. Nakamura denies that he abused anybody.

621. Nakamura denies the allegations in Paragraph 621.

622. Nakamura denies the allegations in Paragraph 622.

623. Nakamura denies the allegations in Paragraph 623.

624. Nakamura denies the allegations in Paragraph 624.

625. Nakamura denies the allegations in Paragraph 625.

626. Nakamura denies the allegations in Paragraph 626.

627. Nakamura denies the allegations in Paragraph 627.

628. Nakamura denies the allegations in Paragraph 628.

629. Nakamura denies the allegations in Paragraph 629.

630. Nakamura lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 630, and on that basis denies the allegations.

631. Nakamura denies the allegations in Paragraph 631.

632. Nakamura denies the allegations in Paragraph 632.

633. Nakamura is not providing a response to Paragraphs 633-657 of the Fourth Amended Complaint because the claims of John Does 4-14 against Nakamura were dismissed.

658. The allegations in Paragraph 658 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations.

659. Nakamura is not providing a response to Paragraphs 659-668 of the Fourth Amended Complaint because the court has already denied Plaintiffs' motion for class certification.

669. Nakamura does not respond to Paragraphs 669-738 because Plaintiffs do not bring Counts I-VI against him.

## <u>COUNT VII</u>

## **GROSS NEGLIGENCE**

739 In response to Paragraph 739, Nakamura incorporates by reference his responses to Paragraphs 1-738 above.

740. Nakamura admits that the Plaintiffs bring this claim pursuant to California law.

741.    The allegations in Paragraph 741 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 741.

742.    The allegations in Paragraph 742 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 742.

743.    The allegations in Paragraph 743 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 743.

744.    The allegations in Paragraph 744 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 744.

745.    The allegations in Paragraph 745 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 745

746.    The allegations in Paragraph 746 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 746.

747.    The allegations in Paragraph 747 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 747.

748.    The allegations in Paragraph 748 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 748.

749.    The allegations in Paragraph 749 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 749.

**COUNT VIII**

**NEGLIGENCE**

750.    In response to Paragraph 750, Nakamura incorporates by reference his responses to Paragraphs 1-749 above.

751.    Nakamura admits that the Plaintiffs bring this claim pursuant to California law.

752.    The allegations in Paragraph 752 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 752

753.    The allegations in Paragraph 753 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 753.

754.    The allegations in Paragraph 754 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 754.

755.    The allegations in Paragraph 755 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 755.

756.     The allegations in Paragraph 756 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 756.

757.    The allegations in Paragraph 757 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 757.

758.     The allegations in Paragraph 758 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 758.

759.    The allegations in Paragraph 759 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 759.

760.     The allegations in Paragraph 760 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 760

**    Nakamura does not respond to Paragraphs 761-769 because Plaintiffs do not bring Count IX against him.**

**COUNT X**

**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

770.     In response to Paragraph 770, Nakamura incorporates by reference his responses to Paragraphs 1-769 above.

771.     Nakamura admits that the Plaintiffs bring this claim pursuant to California law.

772.     The allegations in Paragraph 772 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 733.

773.     The allegations in Paragraph 773 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 733.

774. The allegations in Paragraph 774 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 774.

775. The allegations in Paragraph 775 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 775.

776. The allegations in Paragraph 776 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 776.

777. The allegations in Paragraph 777 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 777.

778. The allegations in Paragraph 778 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 778.

779. The allegations in Paragraph 779 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 779.

780. The allegations in Paragraph 780 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 780.

## <u>COUNT XI</u>

### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

781. In response to Paragraph 781 Nakamura incorporates by reference his responses to Paragraphs 1-780 above.

782. Nakamura admits that the Plaintiffs bring this claim pursuant to California law.

783. The allegations in Paragraph 783 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 783.

784. The allegations in Paragraph 784 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 784.

785. The allegations in Paragraph 785 constitute legal conclusions to which no response is required. To the extent a response is required, Nakamura denies the allegations in Paragraph 785.

786.    The allegations in Paragraph 786 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 786.

787.    The allegations in Paragraph 787 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 787.

788.    The allegations in Paragraph 788 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 788.

789.    The allegations in Paragraph 789 constitute legal conclusions to which no response is required.    To the extent a response is required, Nakamura denies the allegations in Paragraph 789.

Nakamura does not respond to Paragraphs 790-838 because Plaintiffs do not bring Counts XII-XV against him.

## DEFENSES

Without waiving or excusing the burden of proof of Plaintiffs' claims, or admitting that Nakamura has any burden of proof, Nakamura hereby asserts the following defenses:

## FIRST AFFIRMATIVE DEFENSE

## (Failure to State a Claim)

1.    The Fourth Amended Complaint, and each purported cause of action contained therein, fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

## (Lack of Standing)

2.    Plaintiffs lack standing and/or capacity to assert some or all of the claims alleged in the Fourth Amended Complaint.

## THIRD AFFIRMATIVE DEFENSE

## (Statute of Limitations)

3.    Plaintiffs' claims are time-barred to the extent that the alleged conduct took place outside the applicable statutes of limitations.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver and Estoppel)

4.  As a result of their own acts and omissions, Plaintiffs' claims, as well as the claims of the class of persons they purport to represent, are barred by the doctrines of waiver and estoppel.

## FIFTH AFFIRMATIVE DEFENSE

### (Laches)

5.  Plaintiffs have unreasonably delayed filing this case without good cause.  Because this delay has directly resulted in prejudice to Nakamura, this action is barred by laches.

## SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

6.  Plaintiffs and the members of the putative class failed to mitigate their alleged losses, injuries, or damages and are barred from recovering any damages that could have been avoided by reasonable mitigation efforts.

## SEVENTH AFFIRMATIVE DEFENSE

### (Plaintiffs' Comparative Fault)

7.  Plaintiffs were at fault for how they conducted their affairs relative to the incidents described in the Fourth Amended Complaint.  Such fault caused or contributed to the damages the Plaintiffs complain of in this case.

## EIGHTH AFFIRMATIVE DEFENSE

### (Consent)

8.  Plaintiffs agreed to, and participated in, those actions which Plaintiffs claim to have caused injury or damage.  Since such participation and consent were given knowingly and voluntarily, Plaintiffs' claims are barred.

## NINTH AFFIRMATIVE DEFENSE

### (Comparative Fault of Third Parties)

9.      People or entities other than this Defendant caused or contributed to the damages Plaintiffs claim to have suffered.  Therefore, any award made in favor of any of the Plaintiffs in this case must be reduced by an amount equal to the percentage of fault of others in causing or contributing to the damages as alleged in the complaint.

## TENTH AFFIRMATIVE DEFENSE

### (Apportionment of Fault)

10.     Defendants other than Nakamura caused or contributed to the damages Plaintiffs claim to have suffered.  Therefore, any award made in favor of the Plaintiffs in this case must be divided between the Defendants so that each pays only his or its fair share in relationship to his or its amount of fault.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Intervening or Supervening Cause)

11.     The damages the Plaintiffs claim to have suffered were caused or made worse by an event that occurred after the incidents described in the Fourth Amended Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

### (No Proximate Cause)

12.     Any act or omissions to act on Defendant's part did not actually or proximately cause or contribute in any manner or any degree to any losses or damages for which recovery is sought by Plaintiffs in this case.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

13.     The Complaint, and each claim therein, is barred pursuant to the doctrine of unclean hands.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Assumption of Risk)

14.    Plaintiffs knew about the risk, and voluntarily undertook the risk that led to the injuries complained of in this case.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Additional Defenses)

15.    Defendant states that other defenses may exist as to the Complaint and Defendant therefore reserves the right to assert these defenses.

## PRAYER FOR RELIEF

WHEREFORE, Nakamura prays for judgment as follows:

1.  That all relief requested in the Fourth Amended Complaint be denied;

2.  That Plaintiffs take nothing by virtue of this action;

3.  For costs of suit incurred herein; and

4.  For such other and further relief as the Court may deem proper.

Dated: August 3, 2026                    RAPKIN & ASSOCIATES, LLP

                                         By: _/s/ Scott Rapkin_____
                                             Scott Rapkin
                                         Attorneys for Troy Nakamura