[Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6, JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11, JOHN DOE 12, JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16, JOHN DOE 17, JOHN DOE 18, and JOHN DOE 19, individually and on behalf of all others similarly situated

Plaintiffs,

v.

THE UNIVERSITY OF SAN FRANCISCO, ANTHONY N. (AKA NINO) GIARRATANO, and TROY NAKAMURA,

Defendants.

Case No. 3:22-cv-01559-LB

**JOINT CASE MANAGEMENT STATEMENT**

Judge: Hon. Laurel Beeler
Trial Date: October 12, 2027

Plaintiffs John Does 1-6 and 8-19 ("Plaintiffs"), Defendant the University of San Francisco ("USF"), Defendant Anthony N. Giarratano, and Defendant Troy Nakamura (collectively, "Defendants," and with Plaintiffs, the "Parties") submit this Joint Case Management Statement pursuant to the Court's July 7, 2026 and September 23, 2026 Orders (ECF Nos. 529, 567) in advance of the October 15, 2026 status conference.

## I. Pending Disputes

There are no disputes currently pending before the Court.

## II. Case Schedule

**Depositions.** The Parties have been working diligently to complete discovery by the November 2, 2026 deadline, with 17 depositions scheduled for October alone to ensure the deadline is met.

The deposition of Defendant Troy Nakamura was scheduled for October 15, 2026 prior to the Court moving this conference to the same day, and because of the number of depositions already on calendar and the upcoming deadline, it would be difficult to reschedule before the close of discovery. For this reason, the Parties wish to proceed with the conference but ask that you excuse the participation of Mr. Rapkin (counsel for Defendant Nakamura) at the conference.

**Expert Discovery.** In light of the prior extension of the fact discovery deadline, the Parties are currently discussing a short proposed extension of the deadlines for expert discovery. Under the current schedule, the deadline for initial expert disclosures falls on the day after the Thanksgiving weekend. Additionally, with 15 depositions scheduled over the remaining three weeks of October, the Parties believe it would be helpful for the experts to have time to incorporate the deposition information into their reports.

The Parties are discussing the following revised expert discovery deadlines, and hope to submit a stipulation and proposed order soon for the Court's consideration:

- Initial Expert Disclosures: December 18, 2026
- Rebuttal Expert Disclosures: February 19, 2027
- Expert Discovery Completion: March 22, 2027

**Partial Summary Judgment:**

Plaintiffs:

The Order to Amend Discovery Schedule the Court entered on August 5, 2026 continued "[t]he hearing date for USF's partial summary judgment motion on the statute of limitations [] from October 8, 2026, to December 7, 2026, with the briefing deadlines adjusted accordingly." ECF No. 560 at 1. Plaintiffs do not see any reason for the Court to delay that schedule, except that the hearing date appears to be a clerical error: December 7, 2026 is a Monday, and the Court holds civil motion hearings on Thursdays. Plaintiffs therefore propose that the hearing continue as planned on Thursday, December 10, 2026, with opening papers due November 5, 2026, opposition papers due November 19, 2026, and reply papers due December 3, 2026.

Plaintiffs agree with the Court's assessment at the August 6, 2026 status conference that, given this Court's familiarity with the file and the fact that this Court has addressed the statute of limitations issue specifically on numerous occasions throughout the case's history, this Court is best situated to decide it at summary judgment. Plaintiffs also believe it is most efficient for this Court to address the motion now—as the issue is narrow and ripe for resolution—and thereby streamline the transition of the remaining merits issues and trial to the next Court. Finally, this case has been delayed enough. Deferring resolution of this issue for determination by an unknown judge at an unknown future date benefits no party and neither Court. The Parties long ago negotiated—and this Court long ago approved—the existing briefing and hearing schedule. There is simply no reason for further delay. Plaintiffs therefore propose that the hearing proceed as planned before this Court on December 10, 2026.

Defendants:

The Court has indicated that this case will be transferred to a new judge in November or possibly December 2026. Given this upcoming transition, the Defendants believe it would promote judicial economy to have Your Honor address any disputes that arise regarding discovery during that time. However, the Defendants believe the new judge should address all future substantive motions, including USF's partial summary judgment motion on the statute of limitations, that are

likely to shape the scope and nature of the upcoming trial. Filing a major substantive motion in November and arguing it in December, just days or weeks before a judicial transition, would create a situation where the new judge is bound by the prior judge's decision and has little control over the scope of the trial that s/he must oversee. The new judge will also likely have to address other substantive motions in the future, including other expected motions for summary judgment, and those rulings are likely to be more consistent if all substantive motions going forward are addressed by the same judge.

The Defendants are grateful that the Court will be able to finish the work it has done shepherding the Parties through the discovery process, which has been enormous, and then to hand off the case to a new judge with the discovery phase of the case complete.

Dated: October 8, 2026

By: /s/ *Jonathan D. Selbin*

JONATHAN D. SELBIN (Cal. Bar No. 170222)
jdselbin@lchb.com
MICHELLE LAMY (Cal. Bar No. 308174)
mlamy@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JESSICA A. MOLDOVAN (admitted *pro hac vice*)
jmoldovan@lchb.com
REBECCA S. TEMKIN (admitted *pro hac vice*)
rtemkin@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

ELIZABETH A. FEGAN (Cal. Bar. No. 355906)
beth@feganscott.com
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Telephone: (312) 741-1019
Facsimile: (312) 264-0100

MICHAEL VON KLEMPERER (admitted *pro hac vice*)
mike@feganscott.com
FEGAN SCOTT LLC
1763 Columbia Road NW, Suite 100
Washington, DC 20009
Telephone: (202) 921-0002
Facsimile: (312) 264-0100

GEORGIA JAYE ZACEST (admitted *pro hac vice*)
georgia@feganscott.com
FEGAN SCOTT LLC
708 Main St.
10th Floor
Houston, TX 77002
Phone: 830.212.4042
Fax: 312.264.0100

*Attorneys for Plaintiffs*

By: /s/ *William Sullivan*

WILLIAM SULLIVAN (Cal. Bar No. 275059)
wsullivan@hwglaw.com
HWG LLP
1919 M Street N.W., Eighth Floor
Washington, DC 20036
Telephone: (202) 730-1355

JONATHAN M. BAUM
jbaum@hwglaw.com
JULIENNE PASICHOW
jpasichow@hwglaw.com
HWG LLP
1919 M Street NW
Ste. Eighth Floor
Washington, DC 20036
Telephone: 202-796-0555
Facsimile: 202-730-1301

*Attorneys for Defendant the University of San Francisco*

By: /s/ *Daniel A. Croley*

DANIEL A. CROLEY
dcroley@fddcm.com
FUTTERMAN DUPREE DODD CROLEY MAIER LLP
601 Montgomery St., Suite 333
San Francisco, CA 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838

*Attorneys for Defendant Anthony N. Giarratano*

By: /s/ *Scott Rapkin*

SCOTT RAPKIN
scottrapkin@rapkinesq.com
RAPKIN & ASSOCIATES, LLP
475 Washington Blvd.
Marina del Rey, CA 90292
Telephone: (310) 319-5465
Facsimile: (310) 306-1339

*Attorneys for Defendant Troy Nakamura*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, I caused the foregoing document to be served by email upon counsel of record for all Parties. I declare under penalty of perjury that the foregoing information in this Certificate of Service is true and correct.

*/s/ William Sullivan*
William Sullivan